# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAHESWAR MIKKILINENI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. |
| | : |
| PAYPAL, INC., SHIJIL TS, CEO | : |
| SPARKSUPPORT INFOTECH PVT | : |
| LTD, GODADDY.COM, LLC, | : |
| DIRECTOR CfA-CXC CENTER FOR | : |
| ASTROPHYSICS/HARVARD- | : |
| SMITHSONIAN, | : |
| | : |
| Defendants. | : |

**NOTICE OF REMOVAL BY DEFENDANT DIRECTOR CfA-CXC CENTER FOR ASTROPHYSICS/HARVARD-SMITHSONIAN TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Pursuant to 28 U.S.C. §§ 1442(a)(1) and 42 U.S.C. § 233(c), and on behalf of Defendant Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian, the United States as proposed substituted defendant, by and through its attorneys David C. Weiss, United States Attorney for the District of Delaware, and Derick D. Dailey, Assistant United States Attorney, respectfully files this Notice of Removal and in support of such removal states as follows.

1. This is Plaintiff's second attempt at suing an employee of the Smithsonian. On May 17, 2019, Plaintiff initiated a cause of action in state court against the Director/Chandra X-ray Center for Astrophysics/Harvard & Smithsonian that was removed from state court and dismissed as against the United States by this Court for lack of subject matter jurisdiction. *See Mikkilineni v. PayPal, Inc.*, C.A. No. 19-1391-CFC-SRF, D.I. 35. After the case against the remaining defendants was remanded to state court, Plaintiff filed this Amended Complaint, adding Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian ("Defendant") as a defendant.

Plaintiff's allegations against Defendant in the Amended Complaint are similar to those he included in his original complaint. *See* Ex. A, attached hereto.

2.  In the Amended Complaint, as in his initial Complaint, Plaintiff objects to the manner in which Defendant communicated with him about his proposal to use the Chandra X-ray space telescope. Am. Compl. ¶¶ 4.2. To that end, Plaintiff claims "negligence or gross negligence" against Defendant, that Defendant engaged in "bad-faith and/or fraud", and that Defendant violated Plaintiff's "due process" rights under the Fifth and Fourteenth Amendments to the Constitution. *Id*. at 20.

3.  The Smithsonian Institution is a trust instrumentality of the United States. *See* 20 U.S.C. § 41 *et seq*. The Smithsonian "enjoys sovereign immunity from suit," *Misra v. Smithsonian Astrophysical Observatory,* 248 F.3d 37, 39 (1st Cir. 2001) (citations omitted), and is represented in court by "government attorneys from the Department of Justice," *O'Rourke v. Smithsonian Inst. Press*, 399 F.3d 113, 119 (2d. Cir. 2005) (citation omitted). The Smithsonian Astrophysical Observatory ("SAO") is a unit of the Smithsonian and is headquartered in Cambridge, Massachusetts. In 1991, the Smithsonian, by and through SAO, received a contract from the National Aeronautics and Space Administration ("NASA") to develop and operate what is now known as the Chandra X-ray Center ("CXC"). In collaboration with Harvard University ("Harvard"), the SAO established the Center for Astrophysics ("CfA") to advance research and education in astronomy and astrophysics. The Director of the CfA-CXC (as included by Plaintiff in the caption of his Amended Complaint) is a Smithsonian employee.

4.  David C. Weiss, United States Attorney for the District of Delaware, by and through the Civil Chief, has certified under 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4, that Director

CfA-CXC Center for Astrophysics/Harvard-Smithsonian[1] was an employee of the Smithsonian Institution acting within the scope of his employment at all times relevant to this lawsuit. *See* Ex. B, attached hereto.

5. The Federal Tort Claims Act, which provides a limited waiver of sovereign immunity for tort actions against the federal government, applies to the Smithsonian and its employees. *See Expeditions Unlimited Aquatic Enters. v. Smithsonian Inst.*, 566 F.2d 289, 296-97 (D.C. Cir. 1997); *accord Johnson v. Smithsonian Inst.*, 189 F.3d 180, 189 (2d Cir. 1999). For present purposes, "the Smithsonian is an 'agency' of the United States under § 1442(a)(1)." *In re Subpoena In Collins*, 524 F.3d 249, 251 (D.C. Cir. 2008).

6. Here, since trial has not commenced, removal is timely and proper pursuant to 28 U.S.C. § 2679(d)(2). *United States v. Celestine*, 403 F.3d 76, 80-82 (2d Cir. 2005) (explaining that removal is timely when the government acts "before the beginning of the state trial court").

7. Moreover, pursuant to 42 U.S.C. § 233(c), Plaintiff's tort claims shall be deemed to be an action brought against the United States.

8. Accordingly, the United States is filing contemporaneously herewith a Motion to Substitute the United States in lieu of Defendant Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian.

9. A copy of this Notice of Removal will be promptly filed in the Superior Court of the State of Delaware and served upon all parties pursuant to 28 U.S.C § 1446(d).

---

[1] At all relevant times to the actions alleged in Plaintiff's Am. Compl., the Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian was Charles Alcock.

**WHEREFORE**, respectfully, the above-captioned civil action is removed from the Superior Court of the State of Delaware to this Court.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

By: /s/ Derick D. Dailey
        Derick D. Dailey
        Assistant United States Attorney
        1313 N. Market Street
        P.O. Box 2046
        Wilmington, DE 19899-2046
        (302) 225-9409

        *Attorney for Defendant United States of America*

Dated: May 15, 2020