# **EXHIBIT A**

**EFiled:  Mar 16 2020 02:43PM EDT**
**Transaction ID 64833379**
**Case No. N19C-05-123 PRW CCLD**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Complaint/trial *de novo*: Civil Action SC No. N19C-05-123 PRW CCLD
[Filed 2019 May 14 P3.16]
Defendants to answer all allegations of the complaint by affidavit.

### *Amended*-Complaint: CfA—new-Facts, Jurisdiction/Venue & modified-Causes

| Plaintiff (for People) | V. | Defendants (for Benefit/Power) |
|---|---|---|
| 1. Maheswar Mikkilineni<br>64 Welsh Tract Rd. #203<br>Newark, DE 19713 | | 1. PayPal, Inc. (DE No.5698)<br>2211 N. First Street<br>San Jose, CA 95131<br>C/O Agent, Corp. Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801 |
| | | 2. Shijil TS, CEO<br>Sparksupport Infotech Pvt Ltd.<br>(GST No.32AAQCS4332N1ZZ)<br>3rd Floor, Leela Infopark, Phase -2,<br>Kakanad, Kochi-30, Kerala, India |
| | | 3. GoDaddy.com, LLC<br>14455 N. Hayden Rd., Ste. 226<br>Scottsdale, AZ 85260 USA<br>C/O Agent, Corporation Service Co.<br>251 Little Falls Dr.<br>Wilmington, DE 19808 |
| | | 4. Director CfA-CXC<br>Center for Astrophysics/<br>Harvard-Smithsonian,<br>(Independent Contractor to NASA)<br>60 Garden St., Cambridge, MA 02138 |

Demand trial by Jury of 12 Special

Dear Honorable Judge:                    03/10/2020
Please allow me to file this 'amended-Complaint' based on newly-discovered
evidence on wrongful acts of defendant Director CfA-CXC.

-2-

Facts:

1.0  Plaintiff Maheswar Mikkilineni (Mikki), a citizen-resident in Newark, DE, as an old retired-engineer/physicist conducts business of The People (for The Creator) under the state of Delaware laws.

1.1  Defendant PayPal, Inc. (PayPal), a citizen of Delaware, as a corporate entity for selfish-benefit/power, conducts business with plaintiff under the state of Delaware laws.

1.2  Defendant Shijil TS/Sparksupport Infotech Pvt Ltd., (Spark) in India, as a foreign entity for selfish-benefit/power, conducts business with plaintiff under the state of Delaware laws.

1.3  Defendant Godaddy.com, LLC (Godaddy), a citizen of Delaware in US, being an LLC under the laws of state of Delaware conducts business, for selfish-benefit/power, with plaintiff under the state of Delaware laws.

1.4  Defendant Director *CfA-CXC Center for Astrophysics/Harvard-Smithsonian, as an independent Contractor to NASA (a space-agency of US gov.) conducts business, for its' selfish-benefit/power, with plaintiff under the state of Delaware laws.

*The combination (or joint-venture) of the Harvard College Observatory (HCO) and the Smithsonian Astrophysical Observatory (SAO) is known as the Center for Astrophysics |

CENTER FOR

ASTROPHYSICS

Harvard-Smithsonian (CfA)—see CfA website HARVARD & SMITHSONIAN

CfA History

On July 1, 1973, the Smithsonian Institution and Harvard University formalized their collaboration as the Harvard-Smithsonian Center for Astrophysics (CfA) to coordinate the related research activities of the Harvard College Observatory (HCO) and Smithsonian Astrophysical Observatory (SAO) under *a single director*. Today, the two observatories retain their separate identities, each responsible to its parent organization; however, the *joint venture* draws on the coordinated strengths of the two organizations and the combined staffs in six research divisions.

**single director & joint venture* is critical to decide: 'whether the *joint venture* is a contractor or agency' on the Contract with NASA, and 'who is the proper-party to sue'?

-3-

HCO Home (CfA)

Director's Office (DO)

> **About Us**
> The Director's Office of the Harvard-Smithsonian Center for Astrophysics (CfA)
> provides leadership and administrative direction to the CfA and consists of the Director
> *Charles Alcock* of the Harvard College Observatory (HCO) and of the Smithsonian
> Astrophysical Observatory (SAO) and his staff. The Director's Office oversees the
> science, technical service, and administrative service groups.
> **Staff**
> Who does what?
> **Contact**
> **Director:** *Charles Alcock* (617) 495-7100
> **Assistant to the Director:** Susan Hessenthaler (617) 495-7102
> **Deputy Director:** *Roger Brissenden* (617) 495-7387
> (Continued.........................)
>
> Advancement Contacts Dept. of Astronomy Director's Office Intranet Privacy
> Resources
> 🛡️🌟 HARVARD-SMITHSONIAN CENTER FOR ASTROPHYSICS | 60
> GARDEN STREET | CAMBRIDGE, MA 02138

Director's Office: Who Does What?

*Charles Alcock* (617-495-7100) is Director of the Harvard-Smithsonian Center for Astrophysics,
Director of the Smithsonian Astrophysical Observatory, Director of the Harvard College
Observatory, and Professor of Astronomy at Harvard University. Dr. Alcock is also the principal
investigator for the Taiwan-America Occultation Survey.

*Roger Brissenden* (617-495-7387) is Deputy Director for the Harvard-Smithsonian Center for
Astrophysics. Dr. Brissenden is also the Manager of the Chandra X-ray Center and Associate
Director for NASA's High Energy Astrophysics Science Archive Research Center.

Search for more Data & find the Chart (below):

Chandra X-ray Center (CXC) Organization Chart

- o   Marshall Space Flight Center
  - Space Systems Programs & Projects Office
  - Martin C. Weisskopf - Project Scientist
  - Helen Cole - Project Manager
- o   Chandra X-ray Center Program Office*
  - Belinda Wilkes Director
  - Roger Brissenden Program Manager
  - Tom Aldcroft/Scott Wolk Flight Directors
  - Claude Canizares (Associate Director for MIT)

*Director CfA-CXC, as a single director for the *joint venture*, is the proper-property to sue.
Under program office, there is a director for science division--Program Office Director *at CXC is
not a proper-party to sue unless evidence at discovery shows otherwise:*

-4-

The Program Office Director at CXC sent an email to Mikki—Exb. P1

**From:** Wilkes, Belinda [mailto:bwilkes@cfa.harvard.edu]
**Sent:** Monday, July 29, 2019 12:00 PM
**To:** stmmrv@verizon.net
**Cc:** Belinda Wilkes <bwilkes@cfa.harvard.edu>
**Subject:** Your Chandra proposal
Dear Mikki,

Your question on the review of your Chandra proposal was forward to me.

The identity of the reviewers for Chandra proposals is kept confidential, so I am unable to give you (or anyone) their names. Panel members are drawn from the general astronomical community as experts in science categories and observing with Chandra, as is typical of all similar reviews throughout our community.

The grade of 0.0 assigned to your proposal is reserved for proposals that are not feasible to be made with the Chandra X-ray Observatory, as was stated in the report.

This grade is not assigned without discussion, review and agreement with CXC staff. Chandra has a resolution of 0.5" and a very small field of view of up to 30', depending on instrument selection. As you know, we have a detailed website which describes our capabilities and the parameters of our instruments. Please refer to the Proposers' Observatory Guide for detailed information, http://cxc.cfa.harvard.edu/proposer/POG/

Your target does not have coordinates at which we can point to the accuracy required to ensure that it lies in our small field of view, it is also not demonstrated to be an X-ray source. I also note that Chandra observing time is over-subscribed by a factor of 5:1, so obtaining observing time is highly competitive.
With best regards,
**Dr. Belinda Wilkes**
*Director, Chandra X-ray Center*
*Senior Astrophysicist, Smithsonian Astrophysical Observatory*
bwilkes@cfa.harvard.edu 617-495-7268
Website: cfa.harvard.edu/belinda-wilkes/

2.0 At this stage Mikki is the sole-principal of the Website '*Mahesvar*' or 'Maheswar.Org' with its server at Godaddy:
(i) The primary purpose of the Website '*Mahesvar*' is to bring 'skills' together, do more research to understand 'Reality of The Creator' (*Indra*), Neutron or DNA: educate all The People. Thus, People with knowledge can counter the 'fiction' created by Einstein, Hubble, Sagan & disciples, like Paul Hertz of NASA*
*Refused to review this research in 2008CE, because astronomers-climate scientists are unable to accept binary-stars, Sun-Sirius, as the cause for climate-change:

-5-

Hence misguided Pres. Obama—see Obama's message to Mikki in April 2016:

"..99% of scientists show… global climate has been rapidly changing… changes are being driven primarily by human emissions of greenhouses gases, and the consequences… will… threaten if we do not significantly reverse the pace of emissions… we have seen some of the impacts of climate change in the stronger storms, deeper droughts, and longer wildfire…that have caused so much damage… across America".

(a) The peer reviewers-editors at science-journals have no-clue, either—so, wrote 'we don't need a new-theory, we are satisfied with Einstein theory. The writer-reporter-pundits at media-moguls are good in fiction to 'brain-wash, confuse innocent-people-leaders on the earth, create conflicts and milk $'.

(b) The Astronomers-Scientists on the earth spend Billions-Trillions of $/Yr. without a clue what's going on in Space or on the earth.  Life exists on the earth because, Space is filled with 'dark-cold atoms (Neutron, DNA) and light-hot atoms (Sun, RNA)'.  So, without Sun, we don't exist.

(c) Likewise, without Sirius (Star, RNA) Virus (*Yamaduta* in *Sanskrit*) doesn't exist—it's all for a purpose, and ancient-*Aryans* knew The Creator has a purpose! We know, now, the Virus can kill us and we kill other creatures.

(ii) Hence the goal is to operate the Website '*Mahesvar*' to 'educate us for the benefit of us, and by us—the people': ancient-*Aryans* did, so can we.
(a) 50% interest to *Esvar* or '*Eshwar Institute*', not-for-profit Org. IRS 501(c)(3),
(b) 25% interest to 'skill-Contributors & site-Users', and
(c) 25% interest to 'Investors'.

(d) Spark was informed of this.

2.1 In March 2018, Spark signed a scope of work agreement & NDA (non-discloser-agreement), under the state of Delaware laws, and agreed to provide-services, write-code for webRTC etc. & design/develop the website at a fixed-fee:
(i)  Spark agreed to deliver an acceptable service/product on Task 2, part 1 (webRTC or video-audio conference) on or before April 11, 2018.

(ii)  Spark agreed to deliver an acceptable service/product on Task 2, part 2 (wowza or live-streaming of video-audio content) on or before May 8, 2018.

(iii)  Spark agreed to deliver an acceptable final service/product on rest of Tasks on or before June 20, 2018.

-6-

2.2 So, under the terms of the agreement/NDA, Mikki provided certain items, initially to Spark:

(i)  On March 6, 2018, sent 1st advance-fee of $4,000., thru PayPal.

(ii) On April 19, 2018, sent 2nd advance-fee of $4,000., thru PayPal.

(iii) In March 2018, sent proprietary-data, including 'wire frames' that show the design/layout for various features in website content-pages.  And,

(iv) In March/April 2018, sent cPanel ID/Password to the website-server at Godaddy—where proprietary/copyright (No: Pau 3-738-387) material/data is kept.

(v) The cPanel ID/Password was disclosed at the request of Spark for the sole-purpose to allow Spark review the existing-code that was previously written in designing/developing the website Home-page, full-screen, Ads, and Task 1 (sign up/sign in) etc.;  thus, enable Spark provide a fee-proposal for additional work in Task 1.

(vi) Then, in March/April 2018, Spark did confirm its' access into the website-server and able to submit a fee-proposal to address remaining scope of work in Task 1—up on review of the existing-code/data available in the website-server at Godaddy.

2.3 Thereafter, Spark failed to perform per the terms of the agreement:

(i)  Spark missed the deliver-dates: April 11, 2018, on Task 2 part 1 (webRTC), and May 8, 2018, on Task 2 part 2 (wowza).

(ii)  Spark-Shijil (seller) was out of office in May-June (for few weeks): hence, no-performance, and there was no-manager that can negotiate or set a new delivery-dates.

(iii) So, on or about June 1, 2018, Mikki (buyer) opens a 'dispute' with PayPal under the 'user agreement'—applicable to all 3-parties: buyer-Mikki, seller-Spark & PayPal.  The provisions/terms in the 'user agreement' describes duty of the parties.

(iv) One provision/term stipulates: a buyer can "Open a Dispute … within 180 days" from the date of payment—for part 1 it is March 6, 2018 & for part 2 it is April 19, 2018.

-7-

(v) Then, Spark came back to negotiate, and agreed to set a new delivery-date on June 12, 2018.

(vi) So, Mikki agreed to close the fee 'dispute' on part 2 (wowza) of April 19, 2018, at the request of Spark.

(vii) Again, Spark failed to perform and missed the new delivery-date of June 12, 2018.

(viii) Spark, also, failed to provide an acceptable or functional service/product on or before June 20, 2018, a final delivery date under the original agreement.

(ix)  Hence, on or about July 24, 2018, Mikki sent an email to Spark asking to:
(a) Provide a new delivery-date, and

(b) Provide a complete list of the items that Spark took in March/April 2018 from *Mahesvar* website-server at Godaddy (see at 2.2(iv)-(vi)).

(x)  On or about July 25, 2018, Spark sent an email response to Mikki:
(a) Spark-Shijil refused to provide new delivery-date and decided to abandon the agreement.

(b) Spark-Shijil refused to provide a list of the items it took from *Mahesvar* website-server at Godaddy, and wanted to know 'what is the purpose of the list'?

2.4 So, on July 26, 2018, Mikki attempted to 'post disputes' with PayPal:
(i)  PayPal agreed to post a claim on the fee of $4,000., for the amount Mikki sent on March 6, 2018 (part 1, webRTC), took evidence for ~a month, and decided in favor of Mikki, and wrote on August 21, 2018:
**"You have indicated that a partial refund...would be satisfactory"**
(Mikki didn't indicate that...nor PayPal produce any evidence in support of that).
**"...we will make our best effort to recover the balance from seller... be assured that we will take appropriate action..."**
(PayPal didn't act)

(ii) Then, PayPal began to act contrary to its own (above) writings:
PayPal didn't allow Mikki to post a dispute on the balance fee of $4,000., the amount sent on April 19, 2018 for part 2 (wowza) at any time "within 180-days" under the 'user-agreement'.

-8-

(a) PayPal refused to provide the provision/term in the 'user-agreement' in support of its authority for such an act.

(iii) So, Spark saw no merit in resolving the dispute by dealing directly with Mikki, despite attempts of Mikki, and Spark decided:
(a) To keep Mikki's 'proprietary data utilized in Task 2 part 1 (webRTC) for its own use', and/or sell it to 3rd parties & make money.

(b) To keep Mikki's 'proprietary data utilized in Task 2 part 2 (wowza) for its own use', and/or sell it to 3rd parties & make money.

(c) To share Mikki's 'proprietary data utilized in Task 2 part 2 (wowza) with PayPal' in August-September 2018, as a gift for 'not posting a claim' on the balance $4,000., and keep an accomplice in the wrongful act.

2.5 Since Mikki is left with no good-option to resolve the dispute, on October 29, 2018, Mikki requested Delaware state court (at JP13-18-012701) for—
(i) An order directing PayPal to follow the 'user agreement', post a claim on the balance $4,000., take evidence, and resolve the matter; and

(ii) An order directing PayPal to follow the 'user agreement' that states 'it is PayPal's policy to take appropriate action... in connection with material that is claimed to be infringing..', take evidence, and resolve the matter.

(iii) PayPal refused to answer Mikki's discovery-requests under the pretext that discovery is a 'burden', and the state court decided in favor of PayPal—thus, PayPal denied due process under 14th Amend. and concealed evidence.

2.6 At the trial on March 27, 2019, PayPal knowingly-intentionally misrepresented to the state court that Mikki—
(i) Failed' to show evidence on 'breach of contract' by PayPal on the balance due of $4,000. (the dispute closed at 2.3(vi)); nor,

(ii) PayPal has 'any duty' to address IP infringement against Spark under the 'user agreement'.
(a) The IP infringement report of 10/13/2018, filed by Mikki with PayPal, states: 'Spark disclosed confidential-material or code to PayPal in August 2018' and that 'made PayPal violate the provision in user agreement' since Spark made PayPal an accomplice (see at 2.4(iii)(c)).

-9-

(iii) Hence, the 'misrepresentation/deception' of PayPal on March 27, 2019, in the state court, should amount to Fraud and/or gross-Negligence.

(a) Alternately, PayPal induced Mikki into accepting the 'user-agreement in bad-faith'.

2.7 Furthermore, on April 3, 2019, Spark-Shijil sent an email to Mikki, PayPal lawyers & others accusing Mikki of "… a history of cheating developers in India", without citing any evidence in support—the reason must be:

(i) Any discovery of evidence would lead Mikki, automatically, back to the 'stolen proprietary data' from *Mahesvar* website-server at Godaddy, and exposes all 'bad faith' acts of Spark from March 2018 to the present.

(ii) Spark habitually makes 'false-statements' or lies at every step—see the evidentiary-record of PayPal in July-August 2018—where Spark lost a claim on August 21, 2018 (see at 2.4(i)).

2.8 So, on April 4, 2019, Mikki sent an email to Spark (copy to PayPal & others) which states, let us:

(i) Review the status on Task 2 part 1 (webRTC) & part 2 (Wowza) in Spark-Server (on Hangout or Skype);

(ii) Then, I receive Frontend links for part 1 & 2, and I will ask a 'new developer' to review-look & comment;

(iii) I will pay you a "fair-Fee for the work based on what the new-developer thinks fair—I pay thru PayPal";

(iv) Then, you release the "Backend, Code & the rest"…

(v) Plus, you should account (honestly) the items you took from *Mahesvar* Godaddy-server, and provide the details as to the 3rd parties to whom those items were disclosed etc.…

(a) That's simple/easy to do, right? If you are ready/willing to close this Saga, we can move on…

(vi) Mikki didn't receive any response from Spark on the above to this day.

2.9 The Sec. of State, Delaware, effectuated proper service of summons/complaint upon Spark-Shijil on July 16, 2019.

-10-

(i) On August 16, 2019, Spark-Shijil sent (thru DHL-usa.com) a response, not an answer to the complaint, despite clear directions at the top of the complaint.
(a) Given that, the service of Spark-Shijil response-pleading is 11-days too late under the law—
See Rule 12. Defenses and objections—A defendant shall serve an answer within 20 days after service of process,… If the plaintiff has made a specific notation upon the face of the complaint under Rule 3(b) requiring the defendant to answer any or all allegations of the complaint by affidavit and in actions…, If the Court grants a motion for a more definite statement, the responsive pleading shall be served within 10 days after the service of the more definite statement.

(ii) So, under Rule 12, Spark is in default being 11-days too late in filing a response.
(a) Although Spark didn't motion the Court nor request for additional time under Rule 12(2), Mikki gave Spark an additional 10-days to file an answer to "any or all allegations of the complaint (amended-complaint) by affidavit".

(iii) On August 31, 2019, Mikki received an email message from jithesh Menon in reference to the 'amended complaint' which states in part:
"Upon Instructions from my client, M/s Sparksupport Infotech Pvt Ltd and its CEO Shijil T.S, I am sending this mail to you. My client had received a copy of a complaint filed by you before the Superior court of the state of Delaware as Case No.N19C-05-123-PRW CCLD along with a summons issued by the sheriff of Kent County on the requisition made by the State of Delaware. My client informs me that the summons requires him to answer to the complaint preferred by you by affidavit (affidavit of defense). The summons also requires my client to serve the affidavit of defense within 20 days after service…. My client informs me that you have now sent a mail containing an amended complaint to them, again requiring them to submit an affidavit of defense within 10 days from 22/08/2019…"

(a) Then, on September 02, 2019, jithesh Menon sent Mikki another email which states in part:
"…My client has not received the amended complaint from the hon'ble court or the sheriff… and unless the same is served on my clients through the due process of the court, my client is not legally bound to answer or submit an affidavit of defense. A mail from your side attaching the amended complaint won't suffice in the eye of law. Interest of justice demands service of the amended complaint through the procedure established by law. I, therefore call upon you to make necessary arrangements to serve the copy of your amended complaint through the procedure enunciated by law to my client, so as to enable my client to file an additional affidavit of defense… I am the lawyer for spark/Shijil, but I am not representing them before the hon'ble superior court of the state of Delaware… Further…, I would also call upon you to desist from sending any more mails to my client in respect of the subject matter.."

-11-

3.0 On or about March 12, 2019 at 5.17pm, Mikki received an email message from Godaddy regarding certain problems in *Mahesvar* website-server—
(i) That the "Backup incomplete", "No database found for your site" and Files "80 added", Files "102 removed".
(a)  Mikki doesn't go into the website-server on daily or monthly basis, or not even once a year—because, there is no need unless a change is required in ID/password to login into the server-cPanel for security purpose.

(b)  So, on March 12, 2019 at 7.30pm Mikki telephoned Godaddy support and spoke to 'Chris' about the problems listed in the above email—then, Godaddy sent another email at 8.50pm that the "Backup completed", "Temporary database dump completed for database 'mahesvar' using 'custom settings'", Files "40 added" and Files "0 removed".

(ii) Again, on March 13, 2019 at 8.55pm Mikki received an email message from Godaddy that the "Backup completed", "Temporary database dump completed for database 'mahesvar' using 'custom settings'", Files "152 added" and Files "52 removed".

(iii) Then, from March 14, 2019, Godaddy stopped sending daily email messages to Mikki—however, the problem of daily 'Files added and Files removed' caused concern to Mikki: 'why and how long this has been happening'?

(iv) On March 22, 2019 at 10am Mikki spoke to Godaddy agent 'Jay' (lives/works in Iowa, US) about the Backup—no progress is made.

(v) Again, on March 25, 2019 at 10am Mikki spoke to 'Jay'—because, Mikki couldn't 'sign in or login' into the website-server using the ID/password Mikki had.  So, 'Jay' sent a link to change the 'password' to enable Mikki 'sign in' and review Backup situation with 'Jay'—the problem still exists.

(vi) Then, on March 29, 2019 at 10am, Mikki spoke to Godaddy agent 'Justin' about the Backup problem.

(vii) Finally, Godaddy support agents made it clear asserting a cause for the Backup problem as: that 'someone, either your developer or hacker' must have put a 'Bug or Code' in creating this problem—a summary opinion of Godaddy agents.
(a) Is 'someone' at Godaddy causing the problem due to 'Negligence or gross-Negligence' in providing service.

-12-

(viii) So, on May 6, 2019, Mikki reports the server-problem to Godaddy CEO at HQ office thru an email—HQ refuses to address the problem and directs Mikki to contact its customer-support or agent.

(ix) Mikki spoke to Godaddy agent 'Jay' who creates a 'Ticket to get an answer on Backup problem from Robert'—then, by May 7, 2019, Godaddy suddenly closes that Ticket without a final-resolution to the problem.

(x) On May 6, 2019 at 4pm, Mikki spoke to Godaddy agent 'Claudia'—she reviews the website-server & Backup problem with Mikki and provides an extra-cost to perform service—
(a)  Get the files cleanup by Godaddy, and
(b)  Migrate files into a new-server by Godaddy.

(xi)  Godaddy or its agent Claudia refused to review 'Raw Access' file claiming no expertise, nor able to identify the source for the cause of the problems—see list of items in 'Raw Access' file as of 5/11/2019:

| Domain | Last Update | Disk Usage | Linked Domains |
|---|---|---|---|
| dev.maheswar.org | Thu Jan 10 05:03:41 2019 | None | |
| dev.maheswar.org (SSL) | Tue Jun 12 15:48:27 2018 | None | |
| esvar.maheswar.org | Sat May 11 12:24:19 2019 | 953 bytes | esvar.net |
| esvar.maheswar.org (SSL) | Sat May 11 12:24:24 2019 | 1.49 KB | |
| maheswar.org | Sat May 11 15:30:02 2019 | 9.95 KB | |
| maheswar.org (SSL) | Sat May 11 15:07:39 2019 | 3.63 KB | |

-13-

Archived Raw Logs
Click on a log archive to download it.
esvar.maheswar.org-May-2019.gz
ftp.maheswar.org-ftp_log-Aug-2016.gz
esvar.maheswar.org-ssl_log-May-2019.gz
esvar.maheswar.org-ssl_log-Apr-2019.gz
ftp.maheswar.org-ftp_log-May-2019.gz
ftp.maheswar.org-ftp_log-Apr-2019.gz
dev.maheswar.org-ssl_log-Mar-2018.gz
maheswar.org-May-2019.gz
esvar.maheswar.org-Apr-2019.gz
dev.maheswar.org-Mar-2018.gz
maheswar.org-Apr-2019.gz
dev.maheswar.org-Sep-2018.gz
dev.maheswar.org-Jan-2019.gz
maheswar.org-ssl_log-May-2019.gz
maheswar.org-ssl_log-Apr-2019.gz


3.1 In fact, after recovery from ankle-bone fractures from slip-fall in Nov. 2018 at
the time of field measuring stars etc. in the dark, Mikki began to look for a new-
developer to design/develop the Website starting with Task 2 part 1 (webRTC).
(i) In that process, few-developers have tried to 'sign up/sign in' into *Mahesvar*
and made reports to Mikki that the 'sign up/sign in' didn't work.

(ii) So, in mid-June 2019, after receiving Godaddy-report that it has done the file-
cleanup and migrated the files into a new-server, Mikki tried to 'sign up/sign in'
into *Mahesvar* website.

(iii) Then, Mikki discovered the 'sign up' Form wouldn't process up on filling-in
& clicking on 'submit'—the Form just sits there: that meant the website is not
working even after cleanup of files-migrating into a new-server by Godaddy due to
its "negligence" in the performance of that service.
(a) Godaddy-expert agent or anyone-else can verify the present condition:
To verify, 1st search for '*Mahesvar*' in Firefox (Google search used to display
*Mahesvar*, but now it doesn't), click on that link to see Home-page, click 'sign in'
& on 'sign up', and fill-in Form & Submit—doesn't work.

(b) This website-*Mahesvar* was operational-functional in March-April 2018, at
which time Spark accessed.

-14-

(iv) On June 15, 2019, Mikki reported this problem to Godaddy HQ & agent Claudia thru an email (a day after filing this complaint at N19C-05-123 PRW): Godaddy didn't respond, nor fix the problem.

(v) It is a 'service', not a product, Mikki purchased over the phone on May 6, 2019—as a 'shopper' (see Godaddy Exb. C), Mikki purchased 'services' on phone at least 9-times, as a citizen-resident of Newark, DE.

(a) At no time during 'shopping' or 'purchasing' of these services, Godaddy agents mention or review the 'contractual agreements' with Mikki on phone, nor Mikki had "affirmatively consent to the relevant agreements" as stated in the declaration of J. Hanyen (at 17 on p.6).

(b) Godaddy Exb. C lists at least 13 phone 'shopping/purchases' for services (none for product) by Mikki between 2/9/2013 and 5/6/2019.

(c) Mikki remembers that at the start of a phone call the Godaddy-agent 'advises that the conversation is being recorded'.

(d) Hence, to verify that J. Hanyen statements (at 17 on p.6) are truthful, not deceit-fraud, Godaddy should disclose all the tapes or 13 recordings of the phone conversations listed in Exb. C, as evidence that Mikki:
(1) "Affirmatively consented to the relevant agreements" having 'reviewed' those documents with the agent on the phone; and
(2) 'Agreed' to the "forum" or venue in Maricopa County, Arizona.

(vi) Here in, Mikki states that to the best of knowledge & recollection 'Godaddy or its agents have never mentioned or reviewed any service-agreements with Mikki on the phone, nor Mikki saw or read the agreement cited in Exb. A, until July 24, 2019'.

(a) If Mikki had clicked on any button at the time when the account was originally opened in 2013 (in Washington, DC), Godaddy never sent a confirmation-copy of that record for Mikki's verification & signature.

(b) Now, having seen-read the Exb. A, on July 24, 2019 & thereafter, Mikki finds only one relevant fact:
(1) Godaddy is a Delaware limited liability company (LLC), hence, a citizen of Delaware, like Mikki. So, there is no good reason why these 2-citizens of Delaware go to Arizona and argue—unless Godaddy wants to destroy 'individual users' or little-guys (see Exb. A at 3. Eligibility) at any cost by inhibiting Justice.

-15-

(c) The rest of the terms in Godaddy service-agreement are not relevant to the 'present-dispute' or

(1) Appear not to do a 'lawful business' Title 6 §18-106 or

(2) Eliminate the implied contractual covenant of good faith and fair dealing §18-1101:

As an example, see Exb. A at 7. User Content (p.7/35) where it says:

"Godaddy has no obligation…for any intentional… use of your User Submissions (evidently, like the content in *Mahesvar* website), and …it may simply wish to develop this (or similar) content on its own…"

That meant Godaddy can steal proprietary material, like Spark did, and hide in Grand Canyons, Arizona: like it is doing, now, unable to fix the destroyed website.

4.0 On 02/06/2019, clerk at director CfA-CXC wrote to Mikki "we cannot perform the types of observations you describe".

4.1 So, on 02/07/2019, Mikki wrote to director CfA-CXC, CXC science-committee, NASA, WH science-advisor & other world-famous astronomers/Orgs to—

(i) "Remember the 'genius Franklin R' (woman-Chemist of 1953s) who discovered DNA in an atom"—based on which, later, Watson et.al., received Nobel-prize?

(a) That was an X-ray work in an atom-cell—you are aware of that, and heard of 'atoms as the fundamental building blocks (like bricks) within all the living'.

(b) We know, our-Sun is going to places taking planets-moons (you & I) with it— nothing new, right?

(c) Do you know star-Sirius is a brother or sister of our-Sun? So, what-else is new? Can we go back to our-true Hero Franklin R & DNA please?

(d) By the way, I have many Heroes Kepler, Newton etc. Yes, Chadwick (1930s) and the 'neutron'—really 'Neutron' is a "great Hero" for all life on the earth! Do you know Sun-earth & Sirius, too, live by Neutron and die by Neutron—just like rest of life on the earth…

(e) We heard something about DNA, and nothing about Neutron—where it lives or what it does etc. What if DNA is Neutron—then, the story begins to unfold! If I say 'I found a Neutron between Sun-Sirius' what would you do—call me a 'looney' & give a grade 0.00, right?

-16-

(f) Ask one of your 'expert', who knows more about Chandra X-ray gadget, to contact me and 'advise what it can or can't do'.

(g) Here, I am not trying to 'take a photo of details in DNA: I want to take an X-ray photo to determine the 'shape/size' of Neutron or Dark-Object. I have a clear plan what to do, hope to hear from you. This is the 'final-step' of my "duty", here.

4.2 Mikki didn't get any response to the above. So, on March 13, 2019, Mikki sent a formal-proposal to director CfA-CXC:
(i) On 03/13/2019, clerk at director CfA-CXC sent a response—

"Your Chandra Proposal titled 'Neutron (Dark Object or DNA) within Solar Sun-Sirius System' has been received by the Chandra X-Ray Center (CXC) and assigned the proposal number 21400353".

(ii) Then, there is no 'word' from director CfA-CXC for 2-months on that proposal:
(a) So, on 05/08/2019, Mikki sent an email:
"Please advise me on the status on or before May 14, 2019 or I may have to assume you have 'no' interest to review-consider the proposal, and I am free to initiate an 'action' under the laws".

(b) On May 30, 2019, clerk at director CfA-CXC sent a response:
"The Peer Review you reference is a closed meeting, not open to the general public. During this meeting, all proposals we received by the March deadline will be reviewed by panels of expert scientists. We expect to notify proposers with the results of the Review within a few weeks of the closing date".

(iii) On 05/14/2019, Mikki filed a case in the state court at No: N19C-05-123:
(a) So, on 05/30/2019, Mikki wrote to director CfA-CXC
"I did file a 'lawsuit on 05/14/2019 in the Superior Court, state of Delaware', which we can amicably resolve".

(b) The Sec. of State, Delaware, notified Mikki that proper-service of praecipe-summons, and complaint was effectuated upon the director CfA-CXC on July 16, 2019.

(iv) Then, on 07/25/2019, Andrea Prestwich from director CfA-CXC wrote:

-17-

"I regret to inform you that your proposal, entitled Neutron (Dark Object or DNA) within Solar Sun-Sirius System, has not been recommended for inclusion in the Chandra observing program.

CXC received 516 proposals in response to this announcement with time over-subscription of 4.9 The available observing time and funding allowed 168 to be accepted…

No proposal with a grade below 3.5 was recommended for inclusion in the Chandra observing program…

If you have any questions concerning the evaluation of your proposal or the overall review process,.. contact Andrea Prestwich at aprestwich@cfa.harvard.edu."

Astrophysicist
(Director's Office, *Chandra* X-ray Center)
Center for Astrophysics | Harvard & Smithsonian
Office: (617) 496 7576
60 Garden Street | MS4 | Cambridge, MA 02138

(v) And, on 07/29/2019 at 12 noon, Mikki received another email (see Exb. P1) from the 'Program Office Director at CXC', for the 1st time, ever, which said:
(a) "Your question on the review of your Chandra proposal was forward to me"—email didn't say 'who' forwarded it or 'why'?

(b) Email, also, said: "The grade of 0.0 assigned to your proposal is reserved for proposals that are not feasible to be made with the Chandra X-ray Observatory.."

(c) However, Mikki didn't know that the director CfA-CXC, Harvard-lawyers, and US attorney Weis have 'Removed the state court case No.N19C-05-123, into the US Dist. Court on July 26, 2019'. The 'Notice of Removal' was received to Mikki on July 30, 2019, in the mail.

(vi) US removed this case No.N19C-05-123, in the name of 'program office director at CXC' under a false-pretext that Mikki sued Smithsonian-employee or an agency of US govt., without 1st filing a Tort-claim under the statute.
(a) So, in support of that removal 'who'—director CfA-CXC, Harvard-lawyers & US attorney Weis, required the program office director at CXC write that email, 'why'—manufacture-evidence that Dr. Wilkes is the director CXC, an employee of Smithsonian.

(b) So, the US attorney Weis misrepresented to the US District Court on July 26, 2019 that Mikki didn't effectuate service of praecipe-summons and complaint

-18-

upon director CXC—despite the Sec. of State, Delaware, making proper-service on July 16, 2019—thus, director CfA-CXC avoided to file a response to the complaint in the state court.

(c) And, with power over US Dist. Court, the US attorney Weis made that court to 'deny' Mikki's discovery requests—thus, protected the wrong-doers, the director CfA-CXC, Harvard-lawyers & others.

(vii) Thus, director CfA-CXC took cover behind Smithsonian violating state & federal laws, plus due process under 14th and/or 5th Amendments under color of law.

(viii) The above conduct is not an exclusive at CfA-CXC: this conduct is prevalent with NASA and/or federal-Agency contractors.
(a) US alone spends >$100 Billion of Peoples' Tax/ea. Yr.—that includes Tax $ of Mikki. And, all Nations spend Trillions of $/ea. Yr. in the name of research to develop-build killer-Bombs etc. See an example:

(b) On 09/19/2018, Mikki sent an email to Prof. Henry at JHU, a contractor of NASA, and said:
"I wonder, if we can use your Telescope on one of the nights (evening at 6-7 pm & morning at 6-7 am) on 20th or 21st or 22nd or 23rd and measure N. star Dec."

(c) On 09/19/2018 (immediately), Observatory Director Henry at Johns Hopkins U, who used to be an associate-administrator at NASA, and now gets most of the funds from NASA or Peoples' Tax $ (that includes Tax $ of Mikki) wrote: "The Maryland Space Grant Consortium Observatory is never available for such use: not now, nor at any time".

(ix) During the time between July 26, 2019 to March 7, 2020—a period of ~7 months: US gov. alone must have spent >$50. Billion in useless research, and NASA alone must have spent >$30. Million in useless research at CfA-CXC:
(a) On or about March 5, 2020, Mikki sent a final 3D Video (that describes Neutron, DNA-RNA) to the director CfA-CXC & others, as a proof that NASA-Harvard & rest of the astronomers-scientists are going in the wrong path.

(b) Also, see how many more Billions-Trillions of $/Yr. would be spent chasing the Virus we saw, and the Viruses we will see…

-19-
<u>Jurisdiction/Venue</u>:

<u>Plaintiff v. Defendant PayPal</u>
. The Jurisdiction-Venue is proper in this Court under the terms in the User-Agreement prepared by PayPal

<u>Plaintiff v. Defendant Spark</u>
. The Jurisdiction-Venue is proper in this Court under the terms of the Agreement-NDA signed by Spark-Shijil

<u>Plaintiff v. Defendant Godaddy</u>
. Mikki & Godaddy are citizens of Delaware, all business transactions during the past 3-5 years have occurred in Delaware. Mikki never consented to the Forum in Arizona—in the absence of clear-convincing proof of discovery, the Jurisdiction & Venue is proper in this Court, because the Facts in the matter involving *Mahesvar* website & loss of proprietary data-code is common to the 3-defendants: PayPal, Spark-Shijil & Godaddy. Hence, plaintiff & the 3-defendants should resolve this matter in a Jurisdiction-Venue convenient to all the parties & the Court.

<u>Plaintiff v. Defendant director CfA-CXC</u>
. For the above stated reason, the Jurisdiction-Venue is proper in this Court.

Therefore, plaintiff requests this Court for a *de novo* trial on the decision of April 30, 2019 at JP13-18-012701 in the interest of Justice on the basis of the Facts-Law, if this Court is vested with Jurisdiction in the matter to conduct-decide a *de novo* trial.

And,
Plaintiff Requests this Court for a Jury Trial on the claims listed, below, upon discovery of evidence based on the above alleged Facts:

-20-
Claims:

Plaintiff v. Defendant PayPal
Cause of action
   1. Negligence and/or gross-Negligence
   2. Bad-Faith and/or Fraud

Plaintiff v. Defendant Spark-Shijil
Cause of action
   3. Breach of Contract
   4. Negligence and/or gross-Negligence
   5. Bad-Faith and/or Fraud

Plaintiff v. Defendant Godaddy
Cause of action
   6. Negligence and/or gross-Negligence

Plaintiff v. Defendant director CfA-CXC
   7. Negligence and/or gross-Negligence
   8. Bad-Faith and/or Fraud
   9. Violation of due process under 14th and/or 5th Amend. under color of law.

I, Maheswar Mikkilineni, under Oath state that the above Facts are true and correct to the best of my knowledge & recollection.
Respectfully,

Sd- Notarized
M.R.Mikkilineni
Plaintiff (Affidavit)        Date 03/10/2020

I, Maheswar Mikkilineni, certify that a true and correct copy of Motion & Amended-Complaint (based on newly-discovered Facts on July 29, 2029 to March 7, 2020) is sent on 03/10/2020 by email to:
kswift@trplaw.com; shijil@sparksupport.com; gfischer@cozen.com; calcock@cfa.harvard.edu
Sd-
M.R.Mikkilineni