# **EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. |
| | : | |
| PAYPAL, INC., SHIJIL TS, CEO SPARKSUPPORT INFOTECH PVT LTD, GODADDY.COM, LLC, DIRECTOR CfA-CXC CENTER FOR ASTROPHYSICS/HARVARD-SMITHSONIAN, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF CERTIFICATION PURSUANT TO
## 42 U.S.C. § 233(c) AND 28 C.F.R. § 15.4

**PLEASE TAKE NOTICE** that David C. Weiss, United States Attorney for the District of Delaware, hereby certifies, by and through the Civil Chief, under 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4, that, having reviewed the Amended Complaint and the allegations therein, Defendant Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian was an employee of the Smithsonian Institution acting within the scope of his employment at the time of the incidents giving rise to this suit.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By: /s/ Laura D. Hatcher
Laura D. Hatcher
Chief, Civil Division
1313 N. Market Street
Wilmington, DE 19899-2046
(302) 225-9440

*Attorney for Defendant United States of America*

Dated: May 15, 2020