# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 20-647 (UNA) |
| | : | |
| PAYPAL, INC., SHIJIL TS, CEO SPARKSUPPORT INFOTECH PVT LTD, GODADDY.COM, LLC, DIRECTOR CfA-CXC CENTER FOR ASTROPHYSICS/HARVARD-SMITHSONIAN, | : : : : : : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' MOTION TO SUBSTITUTE PARTY

The United States, by and through its attorneys David C. Weiss, United States Attorney for the District of Delaware, and Derick D. Dailey, Assistant United States Attorney, hereby moves this Court to substitute the United States of America in place of Defendant Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian ("Defendant"). In support of the motion, the United States sets forth the following.

1.  This is Plaintiff's second suit against an employee of the Smithsonian. On May 17, 2019, Plaintiff initiated a cause of action in state court against the Director/Chandra X-ray Center for Astrophysics/Harvard & Smithsonian, *see Mikkilineni v. PayPal, Inc.*, *et al.*, C.A. No. 19C-05-1234-PRW (Del. Super. Ct.), D.I. 2, that was removed to this Court and dismissed as against the United States for lack of subject matter jurisdiction. *See Mikkilineni v. PayPal, Inc.*, C.A. No. 19-1391-CFC-SRF, D.I. 35. After the case against the remaining defendants was remanded to state court, Plaintiff filed this Amended Complaint on or about March 16, 2020, against Director CfA-

CXC Center for Astrophysics/Harvard-Smithsonian ("Defendant"), alleging similar conduct. *See* Ex. A, attached hereto.

2. As set forth in Exhibit B, attached hereto, David C. Weiss, United States Attorney for the District of Delaware, by and through the Civil Chief, has certified, under 42 U.S.C. § 233(c) and 28 C.F.R. § 15.4, that Defendant was an employee of the Smithsonian Institution at all times relevant to this lawsuit.

3. The Smithsonian Institution is a trust instrumentality of the United States. *See* 20 U.S.C. § 41 *et seq*. The Smithsonian "enjoys sovereign immunity from suit," *Misra v. Smithsonian Astrophysical Observatory,* 248 F.3d 37, 39 (1st Cir. 2001) (citations omitted), and is represented in court by "government attorneys from the Department of Justice," *O'Rourke v. Smithsonian Inst. Press*, 399 F.3d 113, 119 (2d. Cir. 2005) (citation omitted). The Federal Tort Claims Act, which provides a limited waiver of sovereign immunity for tort actions against the federal government, applies to the Smithsonian. *See Expeditions Unlimited Aquatic Enters. v. Smithsonian Inst.*, 566 F.2d 289, 296-97 (D.C. Cir. 1997); *accord Johnson v. Smithsonian Inst.*, 189 F.3d 180, 189 (2d Cir. 1999). For present purposes, "the Smithsonian is an 'agency' of the United States under § 1442(a)(1)." *In re Subpoena In Collins*, 524 F.3d 249, 251 (D.C. Cir. 2008).

4. Section 233(c) of Title 42 provides that:

> [u]pon a certification by the Attorney General [which authority is delegated to the United States Attorney under 28 C.F.R § 15.4] that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provision of title 28 and all references thereto.

42 U.S.C. § 233(c) (emphasis added).

5. Accordingly, the United States should be substituted in place of Defendant Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian. A proposed order is filed herewith.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

By: /s/ Derick D. Dailey
        Derick D. Dailey
        Assistant United States Attorney
        1313 N. Market Street
        P.O. Box 2046
        Wilmington, DE 19899-2046
        (302) 225-9409

*Attorney for Defendant United States of America*

Dated: May 15, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 20-647 (UNA) |
| | : | |
| PAYPAL, INC., SHIJIL TS, CEO SPARKSUPPORT INFOTECH PVT LTD, GODADDY.COM, LLC, DIRECTOR CfA-CXC CENTER FOR ASTROPHYSICS/HARVARD-SMITHSONIAN, | : | |
| | : | |
| Defendants. | : | |

## **[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2020, upon consideration of the Motion to Substitute Party filed by the United States, and upon certification of David C. Weiss, United States Attorney for the District of Delaware, pursuant to his authority under 24 U.S.C. § 233(c) and 28 C.F.R. § 15.4 that Defendant Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian deemed to be an employee of the Smithsonian Institution, it is ORDERED that the Motion is GRANTED and the United States shall be substituted as Defendant in place of Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian.

_____
**UNITED STATES DISTRICT JUDGE**