# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 20-647 (UNA) |
| | : | |
| PAYPAL, INC., SHIJIL TS, CEO | : | |
| SPARKSUPPORT INFOTECH PVT | : | |
| LTD, GODADDY.COM, LLC, | : | |
| DIRECTOR CfA-CXC CENTER FOR | : | |
| ASTROPHYSICS/HARVARD- | : | |
| SMITHSONIAN, | : | |
| | : | |
| Defendants. | : | |

## AFFIDAVIT OF SERVICE

I, Shane Macas, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on May 15, 2020, a copy of the **UNITED STATES' MOTION TO SUBSTITUTE PARTY** was served electronically via the Court's CM/ECF system upon the parties registered to receive notice thereby. I further certify that a copy of the same document to be served upon the following via U.S. Mail:

Maheswar Mikkilineni
64 Welsh Tract Rd. # 203
Newark, DE 19713

*/s/ Shane Macas*
Shane Macas
Legal Assistant