# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

<u>Complaint</u>/trial *de novo*: Civil Action SC No.   N19C-05-123 PRW CCLD
Defendants to answer all allegations of the complaint by affidavit.

| Plaintiff (for People) | V. | Defendants (for Benefit/Power) |
|---|---|---|
| 1. Maheswar Mikkilineni<br>64 Welsh Tract Rd. #203<br>Newark, DE 19713 | | 1. PayPal, Inc. (DE No.5698)<br>2211 N. First Street<br>San Jose, CA 95131<br>C/O Agent, Corp. Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>2. Shijil TS, CEO<br>Sparksupport Infotech Pvt Ltd.<br>(GST No.32AAQCS4332N1ZZ)<br>3rd Floor, Leela Infopark, Phase -2,<br>Kakanad, Kochi-30, Kerala, India<br><br>3. GoDaddy.com, LLC (5074703)<br>14455 N. Hayden Rd., Ste. 226<br>Scottsdale, AZ 85260 USA<br>C/O Agent, Corp. Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>4. Director/Chandra X-Ray<br>Center (CXC) for Astrophysics/<br>Harvard & Smithsonian (CfA),<br>(Independent Contractor to NASA)<br>60 Garden St., Cambridge, MA 02138 |

Demand trial by Jury of 12 Special

President Judge:
Please qualify/designate and assign this civil case to CCLD because, it belongs in a Complex Commercial Litigation Division based on the alleged facts/claims for direct/punitive damages of $1 Million or more. See civil case type on CIS (attached).

Facts:

1.0 Plaintiff Maheswar Mikkilineni (Mikki), an old retired-engineer/physicist, conducts business of The People (for The Creator) under the state of Delaware laws, being a resident in Newark, DE, and citizen of US.

1.1 Defendant PayPal, Inc. (PayPal), a corporate entity for selfish- benefit/power, conducts business with plaintiff under the state of Delaware laws.

1.2 Defendant Shijil TS/Sparksupport Infotech Pvt Ltd., (Spark) being in India, a foreign entity for selfish-benefit/power, conducts business with plaintiff under the state of Delaware laws.

1.3 Godaddy.com, LLC (Godaddy), an entity for selfish-benefit/power, conducts business with plaintiff under the state of Delaware laws.

1.4 Defendant Director/Chandra X-Ray Center (CXC) for Astrophysics/Harvard & Smithsonian (*CfA), an independent Contractor to NASA (an agency of gov.) works for its' selfish-benefit/power, conducts business with plaintiff under the state of Delaware laws.
*The combination of the Harvard College Observatory (HCO) and the Smithsonian Astrophysical Observatory (SAO) is known as the Center for Astrophysics | Harvard & Smithsonian (CfA)—it is a research institute which carries out a broad program of research in astronomy, astrophysics, earth and space sciences, and science education. The center's mission is to advance knowledge and understanding of the universe through research and education in astronomy and astrophysics. The center... is a joint venture between the Smithsonian Institution and Harvard University. Chandra X-ray Center uses Space-Based Telescopes, NASA's flagship mission for X-ray astronomy. See News Release (4/4/2019):
NASA selects (24 new Fellows) for its prestigious NASA Hubble Fellowship Program (NHFP). The program enables outstanding... scientists to pursue... research across NASA Astrophysics..
...up to three years.... The NHFP preserves the legacy of NASA... programs– the Hubble, Einstein and Sagan. These... fellows are named to one of ... three broad scientific questions NASA has sought to answer about the universe:
How does the universe work? – **Einstein** Fellows
How did we get here? – **Hubble** Fellows
Are we alone? – **Sagan** Fellows
The NHFP is one of the highlights of NASA's pursuit of excellence in space science.
"I am excited that this outstanding group of young scientists have accepted NASA Hubble Fellowships, I am confident that the research they do will address the most compelling questions in astrophysics and have an impact on our field far beyond the three-year duration of their Fellowships" said **Paul Hertz**.

-3-

2.0 At this stage plaintiff Mikki is the sole-principal of the Website '*Mahesvar*' or 'Maheswar.Org' with its server at defendant Godaddy:

(i) The primary purpose of the Website '*Mahesvar*' is to bring 'skills' together, do research to understand 'Reality of The Creator' (DNA), and educate all The People—in this process People can counter the 'fiction' created by **Einstein, Hubble, Sagan** & the disciples, like **Paul Hertz** of NASA (who refused to review plaintiff's original-research in 2008CE), the astronomers/scientists (who can't see 'binary-stars or Sun/Sirius' as the cause of climate-change: see Pres. Obama's writings to Mikki in April 2016 "..99% of scientists show… global climate has been rapidly changing… changes are being driven primarily by human emissions of greenhouses gases, and the consequences… will… threaten if we do not significantly reverse the pace of emissions… we have seen some of the impacts of climate change in the stronger storms, deeper droughts, and longer wildfire…that have caused so much damage… across America"), and the peer reviewers/editors at science-journals, writers/pundits at media-moguls (who keep the 'brain-wash' going with fiction and confuse 'innocent-People/leaders' on the earth, and create conflicts).

(ii) Hence the intent/goal is to operate the Website '*Mahesvar*' for the benefit of 'The People by The People' at 50% interest to *Esvar* or '*Eshwar Institute*', a not-for-profit Org. [IRS 501(c)(3)], 25% interest to 'skill-Contributors & site-Users', and 25% interest to 'Investors'.

2.1 Defendant Spark was informed of the above intent. In March 2018, Spark signed an 'agreement/NDA (non-discloser-agreement)' with plaintiff Mikki, under the state of Delaware laws, and agreed to perform a scope of work (design/develop website etc.) and write code for certain Tasks/Features at a fixed-fee:

(i) Spark agreed to deliver an acceptable service/product on part 1 of Task 2 (webRTC) on or before April 11, 2018.

(ii) Spark agreed to deliver an acceptable service/product on part 2 of Task 2 (wowza) on or before May 8, 2018.

(iii) Spark agreed to deliver an acceptable final service/product on rest of Tasks on or before June 20, 2018.

2.2 So, under the terms of the agreement/NDA, plaintiff Mikki provided certain items, initially, to Spark:

(i) On March 6, 2018, sent 1st advance-fee of $4,000., thru PayPal.

(ii) On April 19, 2018, sent 2nd advance-fee of $4,000., thru PayPal.

(iii) In March 2018, sent all proprietary-data, including 'wire frames' that show the design/layout of various website pages. And,

(iv) In March-April 2018, sent cPanel ID/Password to the website-server at Godaddy—where proprietary/copyright (No: Pau 3-738-387) material/data is kept. At the request of Spark, the cPanel ID/Password was disclosed by Mikki, for the purpose of allowing Spark to review the design/layout of Home page/Ads, and the coding for Task 1 (sign up/sign in) etc. and enable Spark provide a fee-proposal to do additional work on Task 1.

(v) In March-April 2018, Spark did confirm its access into the website-server, and sent Mikki a fee-proposal to address Task 1 (sign up/sign in) on the basis of its review of the existing-code/data in the website-server at Godaddy.

2.3 Thereafter defendant Spark failed to perform per the terms of the agreement:

(i) Spark missed the deliver-dates: April 11, 2018, on part 1 of Task 2 (webRTC), and May 8, 2018, on part 2 of Task 2 (wowza).

(ii) And, Spark-Shijil was out of office in May-June (for few weeks)—hence, no-performance and no-manager that can negotiate/set a new delivery-date. Hence, on or about June 1, 2018, buyer-Mikki opens a 'dispute' with PayPal under its 'user agreement'—which is applicable to all 3-parties: buyer-Mikki, seller-Spark & PayPal. A party's duty comes from a provisions in the 'user agreement'—one of which states: a buyer can "Open a Dispute ... within 180 days" from the date of payment—in this case it is March 6, 2018 & April 19, 2018.

(iii) Hence, Spark came back to negotiate and agree to set a new delivery-date on June 12, 2018; and, at Spark request, Mikki closed a 'dispute' relating to the fee of April 19, 2018 (part 2 of Task 2, wowza).

(iv) Again Spark failed to perform and missed the new delivery-dates on June 12, 2018—spark, also, failed to provide an acceptable/functional service/product, even, on June 20, 2018, a final delivery date under the original agreement.

(v) Hence, on or about July 24, 2018, Mikki sent an email to Spark asking for:

(a) To provide new delivery-dates, and

(b) To provide a complete list of the items that Spark took in March-April 2018 from the website-server at Godaddy (see at 2.2(iv)).

(vi) On or about July 25, 2018, Spark sent a response email to Mikki:

(a) It refused to provide new delivery-dates and decided to abandon the agreement.

(b) It refused to provide a list of the items it took from the website-server at Godaddy, and raised a question: 'what is the purpose of the list'?

2.4 So, on July 26, 2018, plaintiff Mikki attempted to 'post disputes' with PayPal:

(i) PayPal agreed to post a claim on the fee of $4,000 (sent on March 6, 2018 for part 1 of Task 2, webRTC), took evidence for ~a month to decide that in favor of Mikki, and on August 21, 2018, wrote:
"**You have indicated that a partial refund...would be satisfactory** (Mikki didn't indicate that...nor paypal produce any evidence in support)...**we will make our best effort to recover the balance from seller... be assured that we will take appropriate action...**"

(ii) Then, PayPal began to act contrary to its own writings:
PayPal didn't allow Mikki post a dispute on the balance fee of $4,000 (sent on April 19, 2018 for part 2 of Task 2, wowza) at any time "within 180-days" under the 'user-agreement'—it simply refused to provide a rule/law in support of its act.

(iii) So, defendant Spark saw no merit in resolving the dispute, directly, with Mikki despite Mikki's attempts thru emails, and Spark decided:

(a) To keep plaintiff Mikki's 'proprietary data utilized in part 1 of Task 2 (webRTC) for its own use (or possibly sell it to 3rd parties to make money);

(b) To keep plaintiff Mikki's 'proprietary data utilized in part 2 of Task 2 (wowza) for its own use (or possibly sell it to 3rd parties to make money); and

(c) To share plaintiff Mikki's 'proprietary data utilized in part 2 of Task 2 (wowza) with PayPal in August 2018 (or early September), as a gift for 'not posting a claim' on the balance $4,000 (or possibly to keep an accomplice in the act).

2.5 Since plaintiff Mikki is left with no good-option to resolve the dispute, on October 29, 2018, Mikki requested the court (at JP13-18-012701), for—

(i) An order directing PayPal to follow the 'user agreement', post a claim on the balance $4,000., take evidence, and resolve the matter; and

(ii) An order directing PayPal to follow the 'user agreement' that states 'it is PayPal's policy to take appropriate action... in connection with material that is claimed to be infringing..', take evidence, and resolve the matter.

2.6 At the trial on March 27, 2018, defendant PayPal knowingly/intentionally misrepresented to the court that it has "no-duty" to allow Mikki post a dispute on the balance $4,000 (a claim that was closed: see 2.3(iii)), nor it has 'any duty' to address IP infringement against Spark under the 'user agreement'—despite Mikki's IP infringement report of 10/13/2018 that states 'Spark disclosed confidential-material or code to PayPal in August 2018' and that made PayPal violate the provision in 'user agreement' because, Spark made PayPal an accomplice (see at 2.4(iii)(c)).

2.7 Furthermore, on April 3, 2019, defendant Spark/Shijil sent an email to Mikki, PayPal lawyers & others accusing Mikki of "... a history of cheating developers in India", without citing any evidence in support, because—

(i) Any discovery to trace such an evidence, automatically, leads us back to the 'stolen proprietary data' from the website-server at Godaddy and discloses all 'bad faith' acts of Spark between March 2018 to the present; and

(ii) Also, Spark habitually makes 'false-statements & lies' at every step—see the evidentiary-hearing before PayPal in July-August 2018, which it lost on August 21, 2018 (see at 2.4(i)).

2.8  So, on April 4, 2019, Mikki sent an email to Spark (copy to PayPal & others) that states, let us:

(i) Review the status on webRTC (part 1) & Wowza (part 2) in your Server (on Hangout or Skype);

(ii) Receive Front-end links for part 1 & 2 and ask a 'new developer' to look/comment;

(iii) Pay you a "fair-Fee for the work (based on what the new-developer thinks fair)—thru PayPal";

(iv) You release the "Back-end, Code & the rest"...

(v) Plus, you should account (honestly) the items you took from *Maheswar*'s Godaddy server, and provide the details as to the 3rd parties to whom those items were disclosed etc....

That's simple/easy to do, right? If you are ready/willing to close this Saga, we can move on...

(vi) But, Spark didn't respond to Mikki to this day.

3.0  On or about March 12, 2019 at 5.17pm, plaintiff Mikki received an email message from defendant Godaddy regarding certain problems in the website-server—

(i) That the "Backup incomplete", "No database found for your site" and Files "80 added", Files "102 removed".

(a) Mikki doesn't go into the website-server on daily or monthly basis, or not even once a year because, there is no need unless a change in ID/password to the server or cPanel is required to be made.

(b) So, on March 12, 2019 at 7.30pm Mikki telephoned Godaddy support and spoke to 'Chris' about the problems listed in the above email—then, Godaddy sent another email at 8.50pm that the "Backup completed", "Temporary database dump completed for database 'mahesvar' using 'custom settings'", Files "40 added" and Files "0 removed".

(ii) Again, on March 13, 2019 at 8.55pm Mikki received an email message from Godaddy that the "Backup completed", "Temporary database dump completed for database 'mahesvar' using 'custom settings'", Files "152 added" and Files "52 removed".

(iii) Then, from March 14, 2019, Godaddy stopped sending daily email messages to Mikki—however, the problem of daily 'Files added and Files removed' caused concern to Mikki 'why is that happening?' So, on March 22, 2019 at 10am Mikki spoke to 'Jay' at Godaddy about the Backup—Jay creates a 'Ticket to get an answer on Backup from Robert'—Godaddy closed that Ticket without an answer.

(iv) On March 25, 2019 at 10am Mikki spoke to 'Jay' at Godaddy—Mikki couldn't 'sign in' into the website-server using the ID/password—so, 'Jay' sent a link to change the 'password' and enable Mikki 'sign in' and review Backup situation with 'Jay'. Again, on March 29, 2019 at 10am, Mikki spoke to 'Justin' about the Backup problem.

(v) Finally, Godaddy support made it clear to Mikki that the Backup problem is due to the fact someone either 'your developer' or 'a hacker' must have put a 'Bug or Code' in a file to create this problem.

(vi) Then, on May 6, 2019, Mikki reports the server-problem to defendant Godaddy.com LLC—it refuses to address the problem and directs Mikki to contact its customer-support. So, on May 6, 2019 at 4pm, Mikki spoke to 'Claudia' at Godaddy support. Claudia reviews the website-server & the Backup problem with Mikki and provides an extra-cost to activate a process to—

(a) Get the files & server cleanup,

(b) Migrate files into a new-server, and

(c) Review 'Raw Access' file to possibly identify the source who caused the website-server & Backup problem—see the list of items in 'Raw Access' file on 5/11/2019 which is under review:

| Domain | Last Update | Disk Usage | Linked Domains |
| --- | --- | --- | --- |
| dev.maheswar.org | Thu Jan 10 05:03:41 2019 | None | |
| dev.maheswar.org (SSL) | Tue Jun 12 15:48:27 2018 | None | |
| esvar.maheswar.org | Sat May 11 12:24:19 2019 | 953 bytes | esvar.net |
| esvar.maheswar.org (SSL) | Sat May 11 12:24:24 2019 | 1.49 KB | |
| maheswar.org | Sat May 11 15:30:02 2019 | 9.95 KB | |
| maheswar.org (SSL) | Sat May 11 15:07:39 2019 | 3.63 KB | |

Archived Raw Logs
Click on a log archive to download it.
esvar.maheswar.org-May-2019.gz
ftp.maheswar.org-ftp_log-Aug-2016.gz
esvar.maheswar.org-ssl_log-May-2019.gz
esvar.maheswar.org-ssl_log-Apr-2019.gz
ftp.maheswar.org-ftp_log-May-2019.gz
ftp.maheswar.org-ftp_log-Apr-2019.gz
dev.maheswar.org-ssl_log-Mar-2018.gz
maheswar.org-May-2019.gz
esvar.maheswar.org-Apr-2019.gz
dev.maheswar.org-Mar-2018.gz
maheswar.org-Apr-2019.gz
dev.maheswar.org-Sep-2018.gz
dev.maheswar.org-Jan-2019.gz
maheswar.org-ssl_log-May-2019.gz
maheswar.org-ssl_log-Apr-2019.gz

4.0 On 2/6/2019, defendant director CXC wrote to plaintiff Mikki "we cannot perform the types of observations you describe".

4.1 So, on 2/7/2019, Mikki wrote to director CXC, NASA, CXC science-committee, WH science-advisor & other world-famous astronomers/Orgs. to—
"Remember the 'genius Franklin R' (woman-Chemist of 1953s) who discovered DNA in an atom—based on which, later, Watson et.al. received Nobel? That was X-ray work in an atom—I am sure, you are aware of that; and heard of 'atoms are the fundamental building blocks or bricks' within all the living.
We know, our-Sun is going to places taking planets/moons (you & I) with it--nothing new, right?
Q—do you know star-Sirius is a brother or sister of our-Sun?
So, what-else is new? Can we go back to our-true Hero Franklin R & DNA please?

By the way, I have many Heroes Kepler, Newton etc., not Einstein or Darwin for sure!
Yes, Chadwick (1930s) and the 'neutron in an atom'—really & truly 'Neutron' is a "great Hero" for all the living! Do you know Sun/earth & Sirius, too, live by Neutron and die by Neutron— just like us...
We heard something about DNA, and nothing about Neutron—where it lives or what it does for living etc. What if DNA is Neutron—then, the story begins to unfold! ..if I say 'I found a Neutron between Sun-Sirius' what would you do—call me a 'looney', right?
...ask one of your 'expert', who knows more about Chandra X-ray gadget, to contact me and 'advise what it can or can't do'—here, I am not trying to 'take a picture of DNA'—instead, I want to take a picture of the 'shape/size' of Neutron or Dark-Object. And, I have a clear plan what to do. Hope to hear from you, soon? This is the 'final-step' of my "duty", here".

4.2 Mikki didn't get a response to the above—so, on March 13, 2019, Mikki sent a formal-proposal to director CXC, and on 3/13/2019 CXC sent a response:
"Your Chandra Proposal titled 'Neutron (Dark Object or DNA) within Solar Sun-Sirius System' has been received by the Chandra X-Ray Center (CXC) and assigned the proposal number 21400353".

(a) Then, there is no 'word' from CXC in 2-months on Mikki's proposal, although Mikki had requested for a decision in 5-30 days and get ready to take an X-ray in April 2019, at which time Sirius would be visible from south-pole of the earth.

(b) Director CXC didn't respond to Mikki's recent emails on the status.

Therefore, plaintiff requests this Court for a *de novo* trial on the decision of April 30, 2019 at JP13-18-012701 in the interest of Justice on the basis of the Facts/Law. And,
Or see the claims, below:

-11-

Claims:

Plaintiff v. Defendant PayPal
Cause of action
1. Negligence/gross-Negligence
2. Fraud on the court

Plaintiff v. Defendant Spark
Cause of action
3. Breach of Contract
4. Negligence/gross-Negligence
5. Fraud

Plaintiff v. Defendant Godaddy
Cause of action
6. Negligence

Plaintiff v. Defendant director CXC
7. Negligence

Please docket the above-captioned case and issue summons to the above named defendants to appear before you so there may be a trial on this case and Order for the Plaintiff in this proceeding. Please issue same to execute the proper service upon the agents named and upon foreign entity by DE Sec. of state.

I, Maheswar Mikkilineni, certify that the above alleged Facts are true and correct to the best of my knowledge.
Respectfully,

M.R.Mikkilineni
Plaintiff (Affidavit)     Date 5/14/2019