# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. |
| | : | |
| PAYPAL, INC., SHIJIL TS, CEO | : | |
| SPARKSUPPORT INFOTECH PVT | : | |
| LTD, GODADDY.COM, LLC; | : | |
| DIRECTOR CfA-CXC CENTER FOR | : | |
| ASTROPHYSICS/HARVARD- | : | |
| SMITHSONIAN, | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF CHARLES ALCOCK</u>

I, Charles Alcock, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I have been employed by the Smithsonian Institution ("Smithsonian") since 2004. My current position at the Smithsonian is Director of the Center for Astrophysics | Harvard & Smithsonian ("CfA"). The CfA is a collaboration between the Smithsonian Astrophysical Observatory ("SAO") and Harvard University ("Harvard").  I have held this position since 2004. I also serve as senior scientist within the Smithsonian and as Professor of Astronomy at Harvard. I have a Ph.D. from the California Institute of Technology (1978), and B. Sc. from Auckland University (1972). I make this declaration based on my personal knowledge or upon information furnished to me in my official capacity.

2.      The CfA is currently headquartered at 60 Garden Street, Cambridge, MA and is designed to advance research and education in astronomy and astrophysics. The Smithsonian joined with Harvard to form the CfA, combining resources from both organization and making it one of the largest astronomy research groups in the world.

3.    In 1991, the Smithsonian, by and through SAO, competed for and won the National Aeronautics and Space Administration ("NASA") contract to develop and operate the Chandra X-ray Center ("CXC"). The scope of the CXC contract includes conducting the science and mission operations for the Chandra X-ray Observatory ("Chandra") that was launched into high-earth orbit by the Space Shuttle in 1999. Chandra, one of NASA's Great Observatories, is a space-based X-ray telescope providing the highest angular-resolution observations of the high-energy Universe of a telescope in the world. The CXC contract has an annual budget of approximately $55 million supporting approximately 165 personnel, including 120 Smithsonian employees and 45 subcontract staff.

4.    In order to enable the best science, the CXC issues to the community an annual call for proposals, conducts a peer review of the proposals, and selects a set of winning proposals based on scientific merit and matched to the observing time available in the next 12-month cycle. The astronomical targets from the selected proposals form the basis for the observing program for the next cycle, typically beginning January 1. Chandra has been operating for 20 years, and the call for Cycle 21 was issued on December 13, 2018, with a deadline for proposal of March 14, 2019.

5.    The Director of the Center for Astrophysics is an employee of the Smithsonian.

I declare under penalty of perjury that the foregoing is true and correct.

_____          April 7, 2020
Charles Alcock                                                                        Date
Director
Center for Astrophysics | Harvard & Smithsonian
Smithsonian Astrophysical Observatory
Smithsonian Institution
Harvard University