# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 20-cv-00647-UNA |
| | : | |
| PAYPAL, INC., SHIJIL TS, CEO | : | |
| SPARKSUPPORT INFOTECH PVT | : | |
| LTD, GODADDY.COM, LLC, | : | |
| DIRECTOR CfA-CXC CENTER FOR | : | |
| ASTROPHYSICS/HARVARD- | : | |
| SMITHSONIAN, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by the United States,

It is HEREBY ORDERED that the Motion is GRANTED and the Complaint is dismissed for lack of subject matter jurisdiction.

_____
HONORABLE
UNITED STATES DISTRICT JUDGE