IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAHESWAR MIKKILINENI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 20-647-CFC/SRF |
| PAYPAL, INC., et al., | : |
| Defendants. | : |

## ORDER OF REFERENCE

At Wilmington this 20th day of May, 2020, pursuant to 28 U.S.C. § 636 (b);

IT IS ORDERED that the above-captioned case is hereby referred to Magistrate Judge Sherry R. Fallon. Judge Fallon shall conduct all proceedings and hear and determine all motions.[1] The above caption shall be used in all subsequent filings in this case.

_____
United States District Judge

---

[1] Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).