IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Maheswar Mikkilineni,
        Plaintiff

v.
                      CA No. 20-cv-647 CFC
                   Related CA No. 19-cv-1391CFC

PayPal, Inc.; Shijil TS et.al;
Godaddy.com LLC;
Director CfA-CXC.
          Defendants.

**"Three-Judge District Court Requested"**

*Plaintiff Motion for a temporary restraining order under 28 U.S.C § 2284(a)(3), based on Specific Findings-Objections in Magistrate Report of July 7, 2020.*

. Under 28 U.S.C § 2284(a)(3): ".. the motion to grant a temporary restraining order is on a specific finding, based on evidence submitted, that specified irreparable damage will result if the order is not granted, which order, by the district judge, shall remain in force only until the hearing and determination by the district court of three judges of an application for a preliminary injunction. A single judge shall not order.. a reference, or hear and determine any application for a preliminary or permanent injunction or motion to vacate such an injunction, or enter judgment on the merits. Any action of a single judge may be reviewed by the full court at any time before final judgment".

Magistrate Report (DI. 9 of July 7, 2020) mailed on 07/10/2020 (Exb.-mail), is received on 07/15/2020: it raises 30 Yrs. of history to deal within 10 pages.



I cite, here, F-O: specific <u>Finding-Objection</u>, F-E: <u>Facts-Evidence</u> submitted

1. <u>F-O</u>: (R.p6-7) ".. the court may consider evidence outside of the pleadings, including affidavits, depositions and testimony, to resolve any factual issues bearing on jurisdiction. (fn12) To explain the relationship between the SAO and CXC as it relates to subject matter jurisdiction, the US has submitted the declaration of Charles Alcock.. The declaration provides that the Smithsonian, by and through the *SAO, won the NASA contract.." (R.p8) "The court's analysis is a context-specific task requiring the court 'to draw on its judicial experience and common sense'" (R.p9) ".. plaintiff was required to 'come forward with specific facts rebutting' the US attorney's certification.. *Q: Did SAO team include HCO?

that the Director CfA-CXC was an employee of the Smithsonian. Plaintiff has failed to meet his burden to rebut the certification."

<u>F-E</u>: The US certification is solely based on the declaration of Charles Alcock'— "the Director CfA-CXC was an employee of the Smithsonian".. acting within the scope of his employment.

That declaration of Charles Alcock is rebutted by the specific <u>fact-evidence</u> in the CfA Website which states:
"Charles Alcock is the Director of the Harvard-Smithsonian Center for Astrophysics (CfA), .. and Professor of Astronomy at Harvard University"
(DI.1 Ex.A p3). And, it is clarified further—
"On July 1, 1973, the Smithsonian Institution and Harvard University formalized *collaboration.. however, the *joint venture draws on the coordinated strengths of two organization.." (DI.1 Ex.A p2). *See law dictionary definitions, below:

*Law Dictionary Definitions
<u>Collaboration</u>: 'In General, this is a cooperative agreement of two or more parties to work jointly towards a common goal. The involved parties may or may not have had any previous relationship. In Knowledge management (KM), Collaboration is a key tenet of KM. This is essential to generating and maintaining a competitive advantage as the effective method of transferring 'know how' to a team of individuals. In Negotiations, this is a conflict resolution strategy of using both assertiveness and cooperation to gain solutions worthwhile to all parties. It succeeds best when the interaction among them is directed at attaining common goals and where participants' goals are compatible.'

<u>Joint venture</u>: 'A joint venture can offer two or more businesses the opportunity to pool their resources and share their expertise to accomplish a particular objective. The manufacturer of a product might be presented with an opportunity to bid on a large contract requiring a substantial amount of raw materials. Purchasing the raw materials on the open market might require a huge expenditure of capital, so the manufacturer might approach the supplier with a proposal to combine their respective resources through a joint venture agreement.
The contents of a joint venture agreement will depend upon the facts and circumstances of the joint venture and the needs of the parties. When two companies get together in a joint venture, each one might be contributing something other than money. The joint venture agreement should clearly state what is being contributed by each participant. For example, if one participant is supplying raw materials while the other party is going to manufacture a product from those materials, then the agreement should specify the amount of the raw materials that will be needed and to produce a specified number of items.'

Therefore, a person with experience in business ventures (lawyers) would understand the meaning of 'collaboration, joint-venture' (legal terms) in practice.

Here, it is clear that a 'Professor at Harvard University' must be an employee of Harvard University until he resigns-retires or fired. If his expertise is being utilized in the 'collaboration-joint venture' between Harvard-Smithsonian to help get the job done, he can't automatically become an employee of Smithsonian.

Furthermore, here, the CfA Website didn't state that the 'Professor at Harvard University is an employee of Smithsonian': hence, he can't declare himself as an employee of Smithsonian without disclosing the provisions in the—
(i) Contract to 'collaboration' & 'joint venture' of Harvard-Smithsonian, and
(ii) Pay roll records.
This is a simple issue. Hence, the Magistrate and the Judge, being legal experts, can understand the need for a proper discovery to know who is an employee of whom in this joint venture scheme.

Or should this court decide to act the same way, like USDC (Pgh.), USDC (Houston), USCfC (DC) & USDC (DC) have acted (see more, below)—
I will have to request the 'state court' to allow an amendment to replace 'defendant director CfA-CXC' with **'defendant president of Harvard University**, the architect of the joint venture', and proceed to discover the evidence in this scheme. If so, I earn another title as a 'serial putative pleader'. I would never, ever had to re-file, even, a single case in 30 years, if the judges were honorable persons.

2. F-O: (R.p11) "Plaintiff also requests a 'Three Judge District Court' (DI.6) Under 28 USC @2284 '.. plaintiff asserts no such claim here, nor does he state any valid legal basis..'

F-E: Under 28 USC @2284, see Shapiro v. McManus, 136 S.Ct. 450 (2015) USSC ruling said: "The judgment of the Fourth Circuit is reversed, and the case is remanded for further proceedings consistent with this opinion—the First Amendment may offer a sounder and more prudential basis for intervention than does the Equal Protection Clause. *Vieth v. Jubelirer,* 541 U.S. 267, 315, 124 S.Ct. 1769, 158 L.Ed.2d 546 (2004). Whatever "wholly insubstantial," "obviously frivolous," etc., mean, at a minimum they cannot include a plea for relief based on a legal theory put forward by a Justice of this Court and un-contradicted by the majority in any of our cases. Accordingly, the District Judge should not have dismissed the claim as "constitutionally insubstantial" under *Goosby* . Perhaps petitioners will ultimately fail on the merits of their suit, but §2284 entitles them to make their case before a three-judge district court."

Here, in my case it involves deprivation of life, liberty, or property without due process of law under 5th Amend. unlike 1st Amend. in Shapiro, a valid legal basis.

3. <u>F-O</u>: (R.p2) "On May 17, 2019, plaintiff initiated this action in Delaware Superior Court (CA No. 19-1391..) On July 26, 2019, the US filed a notice of removal to this court, .. to replace defendant Director/CXC for.. CfA, .. On January 28, 2020, the court.. recommended granting the US motion.., denying plaintiff's motions for discovery, .. (R.p3) On February 21, 2020, the court overruled plaintiff's objections and adopted the.. recommendation"

<u>F-E</u>: Of course, that's the way it is.. who cares for the truth?
Magistrate recommendation of January 28, 2020, denying plaintiff's motions for discovery, and the court overruling plaintiff's objections on February 21, 2020, was based on the false-declaration of Roger Brissenden (CfA) that the defendant Director CXC was *Belinda Wilkes, director of program office: based on that the US attorney filed a false certification under 42 USC @233(c). If one would see the 'fact-evidence' in CfA Website, a copy of which was filed in this court on 08/26/2019 (DI. 20 at 19-1391) which the Clerk deleted 'per request of counsel..' (un-named counsel?): *I didn't name Belinda Wilkes as defendant—US & the court did that.

A copy of that DI.20 is attached, here at No.20-647 (DI.6, A-11). Thus, the deceit of CfA & US deprived plaintiff's right to life, liberty or property without due process of law under the 5th Amend.—like in all the prior cases since 1991.

Chandra X-ray Center (CXC) Organization Chart
o   Marshall Space Flight Center
Space Systems Programs & Projects Office
Martin C. Weisskopf - Project Scientist
Helen Cole - Project Manager
o   <u>Chandra X-ray Center Program Office</u>*
<u>Belinda Wilkes</u> Director
<u>Roger Brissenden</u> Program Manager

4. <u>F-O</u>: (R.p1) "Plaintiff filed an amended complaint on March 10, 2020, in the Superior Court of Delaware, .. to assert causes of action against an employee of the Smithsonian for.. violations of his constitutional rights. (R.p3) On March 10, 2020, seemingly in response to this court's dismissal of plaintiff's prior claims against US in CA No.19-1391, plaintiff filed a substantially similar amended complaint against.. the Director CfA-CXC in the Delaware Superior Court.. (fn6, 3) plaintiff added.. *conclusory allegations of constitutional violations against the Director CfA-CXC (CA No.20-647, ..). On May 15, 2020, the US, on behalf of the Director *This seem like a standard practice of the judges to belittle a *pro se* and dismiss the claim?

CfA-CXC, again removed the case to this court pursuant to 28 USC @ 1442(a)(1), the federal officer removal statute, and 42 USC @233(c)..
On May 28, 2020, plaintiff filed a motion for discovery and oral argument, requesting a three-judge district court panel, and moved to remand the case.."

F-E: No, plaintiff didn't file an amended complaint on March 10, 2020—only submitted an amended complaint to the Superior Court of Delaware with a request to 'allow me to file.. based on newly discovered evidence' (DI.1 Ex.A).
Also, see Superior Court Order (DI.6 Ex.05 21 2020) where that court said:
"At the time of removal, the court had not yet ruled which of plaintiff.. amended pleadings, if any, were permitted".
That amended pleading is not an operative complaint—however, 'the allegations of constitutional violations against the Director CfA-CXC, if it were the real-party in interest (only a proper discovery would reveal the 'real party in interest'), are not conclusory'—see DI.1 Ex.A: item 4.1(i)(f) & (g), and item 4.2(i) to (vii).

5. F-O: (R. p4) "As a preliminary procedural matter, plaintiff argues that the amended complaint is not the operative pleading in this litigation because it was improperly filed without leave of the Delaware Superior Court (DI. 8)".

F-E: No, I didn't state "..because it was improperly filed without leave of the Delaware Superior Court (DI. 8)" That statement was made by the US, a habitual practitioner of deceit on this court (DI.7 p2 fn1) and said "plaintiff's.. amended complaint was improperly filed without leave of court. Nevertheless,
.. US is treating that amended complaint as the operating pleading in this litigation".
On the basis of that US statement, I argued that the US clearly knew as of May 21, 2020, that pleading was not, yet, allowed by the state Super. Court (DI.6 Exb.05 21 2020 Appendix pA-5 to A-8). So, that is not an operating pleading in this court.

6. F-O: (R.p4) "Judge Wallace scheduled a hearing to address plaintiff's "serial putative amended pleadings," as well as pending motions filed by the state court defendants. (Id. at A-6—A-7) Judge Wallace was prepared to address plaintiff's attempted amendments, including plaintiff's second attempt to include the federal defendant, the Director of CfA-CXC. (Id. at A-7 n.4).."

F-E: I filed one-original complaint—on July 16, 2019, the sec. state of Delaware effectuated proper service upon Director CXC (of CfA).
On July 26, 2019, the US attorney filed the 1st notice of removal using:

(i) A false-declaration of Roger Brissenden pointed to Belinda Wilkes, program office director, as the defendant Director CXC; and

(ii) A false-certification of US attorney under 42 USC @233(c), plus false-claim that 'no service was made upon the defendant Director CXC' (DI.1 No.19-1391). This court relied heavily upon the US false-certification to dismiss my 1st amended complaint, without allowing discovery or oral arguments (1. F-O/F-E). So, it is hard to see any relevance to "serial putative amended pleadings", here.

7. F-O: (R.p4) "Thus, this court will view the amended complaint favorably to the plaintiff, as if amendment was permitted, since both sides in the pending matter have argued their respective motions in reliance upon it as the operative pleading"

F-E: Thanks for the 'kindness' towards this 'nothing man' (Ex.N on the topic). It is the US arguing by introducing a non-operative pleading. I, only, pointed out the deceit of US. Please, let us not twist words as if I am arguing (3. F-O/F-E).

8. F-O: (R.p4 fn9) "Judge Wallace also stated that after this case was first removed from Superior Court, plaintiff was "undeterred and continued" to make filings in that court. (D.I. 6 at A-6) Judge Wallace noted further that plaintiff "filed other serial putative amended pleadings" in Superior Court upon the district court's first remand on February 21, 2020. (Id.)"

F-E: I was never before involved in a 'removal case'—so, I thought, it is my responsibility to 'file a copy of my pleadings in the state court, after filing in the federal court in response to defendants pleadings'—sorry. I may file this pleading in the state court because, this involves the 'words' of judge Wallace: also, judge Wallace stated important and useful facts in a 4-page order which, evidently, not useful to this court other than few 'words' to put me in a darker-light. I will clarify on my 30 Yrs. of struggle—hope 'someone' would review 8. F-O/F-E with care:

8.1 F-O: (R.p4 fn9) "Other courts have also noted plaintiff's habit of serial filing" . Mikkilineni v. (GTE) Gibson-Thomas Eng'g Co, 379 F. App'x. 256, 257 (3d Cir. 2010) "Mikkilineni.. is well-known to this Court.. The District Court directed the Clerk not to accept any other *pro se* complaints from Mikkilineni unless he obtained prior authorization from the court.. The District Court noted that Mikkilineni had filed over 100 cases in courts throughout the land".. and "Nothing further occurred in the case until April 9, 2009, when Mikkilineni filed a post-judgment motion in the district court titled "Motion to Strike void-order of 4/20/2004 under Rule 60(b)(4) (6) and Reopen causes of action by Allowing an Independent Action under Rule 60(d)(1), (b)(2) (b)(3).. Mikkilineni alleged fraud in several of his prior civil actions, and he alleged that he had newly discovered evidence. Specifically, he asserted that a bank account he held for a nonprofit at Bank of America had been attached improperly by GTE

-7-

in July, 2008 to satisfy a judgment against him in the amount of $140,000.00. Mikkilineni complained that these funds did not belong to him, were pledged to his nonprofit, Eshwar Institute, and should not have been used to satisfy the judgment"

<u>F-E</u>: 3d Cir. is correct—I filed appeals at the 3d Cir.: so, I know what the 3d Cir. did—rubber stamp <u>late</u> Ziegler orders that dismissed *pro se* filed cases, and Schwab (USDC Pgh.) order of 04/20/2004 that directed the clerk "not to accept.. *pro se* complaints.." (DI.55 No.04cv0491: a case transfer from USDC (DC) when I was a resident in DC). All dismissals at USDC (Pgh.) since 1991, were with a *Mantra* 'no lawyer, no case'—thus, deprived me of life, liberty, or property, without due process of law under the 5th Amend. I couldn't have filed or re-filed "over 100 cases in courts throughout the land" on <10 total contracts (1989-1995)—or if that is true, it proves my point of injustice that deprived me of life, liberty, or property, without due process of law under the 5th and 14th Amends. for over 30 years.

As an example: I had 3-contracts thru GTE and 'subcontractors' were doing the work (I manage thru MRM Engineers PC, as a sole-shareholder). Subcontractors made claims for extra-$ to do extra work due to defective contract plans or changes—GTE didn't like it:
So, the 2-German owners of GTE began to call me (behind my back)—
*"nigger, Mikki will never get another Job in this neck of woods etc."* (see testimony of subcontractors, German ancestors, in the court-record of Ziegler, Schwab, 3d Cir. & USSC). GTE stops releasing payments (per advice of its lawyers) while demanding to finish the Jobs with threats to terminate the contracts. Subcontractors kept working accepting part-payments from me. When >90% of the contract + extra-work was completed, GTE terminates contracts, reports to Surety, pays the $ to the Surety (which owed to MRM), and gets more extra-work done by Surety using $ that belong to this *"nigger"*. So, I hire lawyers (Jew, Italian, Irish etc.), file claims to arbitrate at AAA, in state-courts, in USDC (Pgh.)—Ziegler & lawyers let the cases drag on for years; then, lawyers quit finding I had no more $ to pay and Ziegler let lawyers go.

So, on or before 02/26/**1996**, I dissolved MRM Eng. PC, under Pa. Title 15 §1501, § 1503(b), §1521(d), §1932(a), §1971(c), §1975(c), §1977(a)(1), §1978(a) & (b), §1979(a)(1)(2) & (b)(c)(d)(e), §1991.1(a) & (b), meeting all the state laws. The dissolved MRM or I, had 'no liability or no pending claims, nor any anticipated claim within 2-years of dissolution' under Pa. 15 §1979(a)(2). In all these years of struggle for justice (1989-2020) **"only 2-honest, decent Irish judges"** (in **Pgh.**) gave me chance to present 2-small claims, as *pro se*, and awarded a total of ~**$450K** (out of ~$650K claim): the rest of the characters acted 'no-less cruel' than the police-killers in Minneapolis—most of the judges/lawyers act corruptly & blindly in *pro se* cases.

In **2001**, GTE made a claim against me for lawyer's fee, before a local-judge, friendly to GTE, in a Pa. state court: more than <u>5-years after dissolution of MRM</u>, and secured an order in violation of Pa. 15 §1979(a)(2). In July, 2008, GTE lawyer took ~$140K from an account held for the "nonprofit" at Bank of America in DC-- If this is <u>not</u> a fraud, what is fraud?

At that stage, the process of forming a not-for-profit Org. [under IRS Rule 501(c)(3)] was in progress. Then, the rest ~$310K went into *Eshwar* Institute, not-for-profit Org.

So, I file a case against GTE in USDC (DC) on **July 16**, 2009 (No.09-1320). Judge Lamberth of that court allowed to file (despite a standing order of Urbina in 2003 at 271 F. Supp.2d 142); and that judge transfers that case to USDC (Pgh.) (No.09-1026). On **8/17/2009**, Schwab dismisses the case *sua sponte* (DI.10) and lets the German-gang keep *\*nigger* $. *Shows the ignorance.

I know, all this began with <u>late</u> Ziegler (judge until 2003 in Pgh.), then Schwab took over in 2003. Ziegler canvassed against me with local-lawyers to collect fee ($) from me (or not represent), spread 'word' at 3d Cir., USDC (Houston), CfC (DC)—the word spread like a wild-fire. Did the fire spread because, I sued Ziegler-gang of Germans (GTE & Kimball..)? So, the more I pursue for justice, the more fire...

With the dissolution of MRM, all assets, including the pending claims of the dissolved MRM, are transferred into my name under Pa. §1521(d), §1932(a), §1971(c); and §1975(c) the dissolved MRM shall, as speedily as possible, proceed to collect all sums due it. Since the individual property-right comes from the state constitution-laws (not from federal laws), I tried to re-file my claims as *pro se* (because I had no $ to hire a lawyer, again). Ziegler didn't allow me to proceed—so, my daughter, JD, tried to assist. Ziegler, thru Magistrate and an opposing local lawyer, scared her away from prosecuting the pending claims (this is in the court-record). Thus, the corrupt-judges to require the dissolved-MRM hire a paid-lawyer to present the claims (like any other active big-Corp.), and to enter an 'order directing the Clerk not to accept any other *pro se* complaints' is clear a case of "deprivation of life, liberty, or property, without due process of law under the 5th Amend."

8.2 <u>F-O</u>: Mikkilineni v. Penn Nat'l Mut. Cas. Ins. Co., 271 F. Supp. 2d 142, 143 (D.D.C. 2003) "To protect the integrity of the courts and to prevent further harassment of the defendants, the plaintiff's filing of duplicative claims must stop. Accordingly, the court grants the defendants' motion for an order prohibiting the plaintiff from filing new complaints in this court without leave.. After litigating numerous claims in Pennsylvania, Texas, and the Court of Federal Claims, *pro se* plaintiff M.R. Mikkilineni re-filed these claims and a few new claims in <u>seven</u> civil actions in this court"—so, it is **seven** cases, not over 100 (like Schwab said): In ~30 years of struggle, none of these seven were allowed to come to trial, where you 'present facts-evidence' and a judge or jury decides.

As stated previously, despite of an order from Urbina "prohibiting plaintiff (me) from filing new complaints..", judge Lamberth of USDC (DC) allowed me to file the case (No.09-1320) on July 16, 2009 against GTE; and, when that case was transferred to USDC (Pgh.) (No. 09-1026), on 08/17/2009, Schwab dismisses it *sua sponte* because, this *nigger* is prohibited to file a new-case against GTE under his earlier order of 04/20/2004.

To continue this saga—with no $, no work in GTE *"neck of the woods"* to this *nigger*, I formed Talasila, ran away from woods to Houston, Tx., in 1992; found a Surety, got a Job, and finished it 100% on time—City of Houston didn't release full-contract $ + $ for extra-work. I file a claim in USDC (Houston): nice judge, became not so nice anymore with a 'word' from Ziegler-gang. So, my case went to a Magistrate (in a 'fishy game'). Then, the case was dismissed in a summary-order (even when I had a lawyer)—that was a final-order, because 5th Cir. refused to

review appeal using some local-rule (in 1994 or so). Then, as a DC resident, I filed a new case in USDC (DC) against City of Houston which was transferred to USDC (Houston) (No.98-0944) under a false-pretext of 'proper venue' by Sullivan at the request of Gilmore in a conference-call (Gilmore admits in a tele-conference, later)—Gilmore dismisses the case and prohibits me from re-filing without leave of the court etc. and the saga continues until mid-2003, as if Gilmore is an agent of the City. Since Gilmore had no-jurisdiction in the matter or over me that order and rest of the orders were void.

Therefore, I re-filed a new case in USDC (DC) (No.02-0970)—that made Urbina a corrupt-hero to a gang of judges, and slid into The Hell. Urbina, didn't care to learn what Ziegler-Schwab did to me for >12 years by that time, nor care what Hughes might do if I am sent to Houston. The only concern of Urbina, Gilmore & Hughes was to 'punish me'—get me to Houston, put me in Jail (for >10 days), treat me as a criminal, force me to 'dismiss the pending case against City of Houston & Gilmore', and let me go & die: What do we call such characters? They conspired and made it happen in mid-2003—after my return to DC, few months later, I became seriously ill and the doctors at Georgetown U Hospital gave me 3-weeks to live (unless the drugs work)—no, I didn't get Mad, it is *Karma*, so ready to go!

Now, going back to 1995—I was back in Pa., got a Job with Army COEs (in W.Va.). Recall, I am an engineer: I saw major design problems in the 'contract-plans' as we began to 'dig'. Initially, COEs agreed to make changes (taking my advice)—authorized changes but, didn't finalize $ value. After ~90% of the work was timely completed by sub-contractors, COEs suddenly terminates the contract, keeps >$1M owed to me for the work already done, gives those $ to Surety—GTE style repeats. Talasila was not a PC or Inc.—so, I could have filed the claim against COEs: instead, I chose lawyer Ross (with few $ + 33% contingency-fee, and Ross did my old cases before Ziegler). Weis (CfC) had several tele-conferences (once a month?) with Ross (I was present few times: Ross or I never met Weis)—I heard Weis discouraging Ross as if 'no chance to win $'. So, after a year or so Ross decides to withdraw and said 'this guy is **crazy**, without jury we can't win—sorry, I want to be out': then, I had another lawyer for few months— Weis did the same with him to quit: new lawyer, Irish-fighter, didn't want to quit. So, Weis dug-up dirt to find the lawyer 'license to practice at CfC' had expired months ago—so, sent an order that the lawyer to withdraw and to me find a new lawyer or the case will be dismissed. Then, I tried to proceed as a *pro se*—Weis denied my request and dismissed the case. Later, when my daughter JD enters appearance in the case, in a tele-conference Weis denied to re-open the case.

**8.3 F-O**: Mikkilineni v. Amwest Sur. Ins. Co., 919 A.2d 306, 308 n.1 (Pa. Commw. Ct. 2007)
i.  Noting that this plaintiff had "filed over 100 complaints in courts throughout the country"
ii. "Sole shareholder of now-defunct M.R. Mikkilineni Engineers, P.C"
iii."Before examining the merits of plaintiff's appeal, we address the threshold issue of whether plaintiff properly appealed the trial court's multiple orders dismissing with prejudice the amended complaint against remaining defendants. Concluding he did not, we **quash** plaintiff's appeal from those orders".

**F-E**: i. It is from Schwab order of 4/20/2004, ii. Confirms dissolution of MRM, iii. Corrupt-judges

8.4 <u>F-O</u>: (R.p4 fn9) "Plaintiff has not been deterred by the formalities of court rules and affirmatively relies upon the averments in the amended complaint to make his various arguments and requests for relief in the instant case. Accordingly, the court treats the amended complaint as the operative complaint for the matters currently before the court"

<u>F-E</u>: This is precisely the style of Urbina to fall in line with corrupt-judges. Here, it seem like this court took a clue from Gilmore-Urbina-Hughes-Schwab likes, and discards Honorable Judge Wallace order of 05/21/2020, and does whatever suits to the needs of master US & Harvard.

9. <u>F-O</u>: (R.p5-6) The court omits relevant-Facts.. (p14-15) argues to conclude: ".. he has not alleged that he was deprived of a liberty or property interest. Because this is plaintiff's second unsuccessful attempt, based on substantially similar facts, to plead violation of the Fifth Amend.'s due process clause, further amended pleadings on this claim would be futile"

<u>F-E</u>: To omit or twist relevant-Facts and argue to make a fit with the laws is an art of the judges/lawyers to serve the master, not justice: here, the master is the US & Harvard: like I stated, above, I have experienced for >30 years. Please, allow me to cite relevant-Facts (DI.1 Ex.A) this court has omitted in making the above argument—see attached <u>Appendix</u> (below).

Respectfully to all,
Sd-
M.R.Mikkilineni
Plaintiff          Date 07/21/2020

Certificate of Service:

I, Maheswar Mikkilineni, certify that a true and correct copy of this pleading sent on 07/21/2020 by email to:
'Derick.Dailey@usdoj.gov'; 'Civil.Communications@usdoj.gov'; Daughton, Morgan M (Courts) Morgan.Daughton@delaware.gov;
cc: renee.austin2@usdoj.gov; shane.macas@usdoj.gov; caseview.ecf@usdoj.gov; kimberly.rechner@usdoj.gov; usade.ecf@usdoj.gov; 'amy.goodman@delaware.gov' & others.

sd-
M.R.Mikkilineni

Appendix: Relevant-Facts (DI.1 Ex.A)—F-E @9.F-O

4.0 On 2/6/2019, defendant director CXC wrote to plaintiff Mikki "we cannot perform the types of observations you describe".
4.1 So, on 2/7/2019, Mikki wrote to director CXC, NASA, CXC science-committee, WH science-advisor & other world-famous astronomers/Orgs..

(i)(f) Ask one of your 'expert', who knows more about Chandra X-ray gadget, to contact me and 'advise what it can or can't do'.
(i)(g) Here, I am not trying to 'take a picture of DNA'—instead, I want to take a picture of the 'shape/size' of Neutron or Dark-Object. And, I have a clear plan what to do. Hope to hear from you, soon? This is the 'final-step' of my "duty", here".

4.2(vi) US removed this case No.N19C-05-123, in the name of 'program office director at CXC' under a false-pretext that Mikki sued Smithsonian-employee or an agency of US govt., without 1st filing a Tort-claim under the statute.
(a) So, in support of that removal 'who'—director CfA-CXC, Harvard-lawyers & US attorney Weis, required the program office director at CXC write that email, 'why'—manufacture-evidence that Dr. Wilkes is the director CXC, an employee of Smithsonian.
(b) So, the US attorney Weis misrepresented to the US District Court on July 26, 2019 that Mikki didn't effectuate service of praecipe-summons and complaint upon director CXC—despite the Sec. of State, Delaware, making proper-service on July 16, 2019—thus, director CfA-CXC avoided to file a response to the complaint in the state court.
(c) And, with power over US Dist. Court, the US attorney Weis made that court to 'deny' Mikki's discovery requests—thus, protected the wrong-doers, the director CfA-CXC, Harvard-lawyers & others.

4.2(vii) Thus, director CfA-CXC took cover behind Smithsonian violating state & federal laws, plus due process under.. 5th Amendment.., under color of law.

Plaintiff v. Defendant director CfA-CXC

----

----

Violation of due process under.. 5th Amend., under color of law.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING ST, UNIT 18
WILMINGTON, DE 19801-3570

---

OFFICIAL BUSINESS

NEOPOST
07/10/2020
US POSTAGE $000.9



FIRST-CLASS MAIL

ZIP 19801
041L11255519

Exb. Mail

Maheswar Mikkilineni
64 Welsh Tract Rd.
#203
Newark, DE 19713

Ex. N

**From:** Maheswar Mikki [mailto:stmmrv@verizon.net]
**Sent:** Tuesday, July 14, 2020 4:45 PM
**To:** info@nepal.gov.np; lokdarshanregmi@nepal.gov.np
**Cc:** --- chineseembassyspokesperson@gmail.com; ccom.washington@mea.gov.in; ohhdl@dalailama.com; 'Donald J. Trump' <email@gop.com>; lars.heikensten@nobel.se; italiano@vaticannews.va; public.affairsdc@fco.gov.uk; info@france-science.org; rusembusa@mid.ru; egov@service.gov.tw; ---; jicc@ws.mofa.go.jp; dujarric@un.org; mediainquiries@who.int; secretariat@unfccc.int; gomm@wmo.int; ccs.scc@international.gc.ca; engagement@ostp.eop.gov; NationalScienceBrd@nsf.gov; info@obama.org; info@bidenfoundation.org; ethan.vishniac@aas.org; prl@aps.org; david.flower@durham.ac.uk; press@aps.org; iherbert@aaas.org; aanda.paris@obspm.fr; pnas@nas.edu; prd@ridge.aps.org; president@harvard.edu; president@jhu.edu; jaa@ias.ac.in; nature@nature.com; cience.policy@royalsociety.org; 'ICAR' <icar@elsevier.com>
**Subject:** PM Oli

07/14/2020

Dear Prime Minister Sharma Oli:   [I am sorry if I sent more than once, this message.. I love Nepal, Tibet etc.. ]

I read your declaration *"Rama-Sita, Valmiki, Buddha* etc." (just to name a few) were from Nepal, not from India—OK, I accept, no dispute:  who am I to accept—just think, I am nothing!

So, let us give some thought to an important point you make:

*Rama* was/is not a human, like Sharma Oli—

*Valmiki*, a *Yogi* (like *Buddha*..), spent all his life in Himalayas, meditating, on a much Bigger problem than Marx or Mao or Xi  or Oli can ever imagine—

*Valmiki* had *Veda* in mind, not wanting 'selfish-power' (*Veda* is Knowledge of pure-science, in the form of *Sanskrit-Slokas* about The Reality of The **Creator**, not 'how to divide-destroy or get rich').

I hope Sharmaji heard of *Veda*.. I doubt if Marx, a Jew, or Mao, dynamite-man, or Xi, $ man, knew anything about *Veda*..

Even Hitler didn't know much about *Veda* or would have known the knowledge about *Swastika*, being a soldier of *Swastika* that comes from *Veda*.

So, the sole aim of *Valmiki* was to find the 'true meaning of the *Slokas*'—a totally selfless aim-work.

I hope you know, today, tens or hundreds of millions of astronomers-scientists (all over the earth) are still trying to figure out that 'pure-science Knowledge' or *Veda*—

Of course, these astronomers are doing it for $, misled by **Einstein** (see below, a copy of my email sent 2-days ago to some of these famous-astronomers…).

Now, to *Valmiki* and the writings--*Rama* is a Character in the story of *Veda* and acts for *Vishnu*, like *Krishna* acts for *Siva* in the story of *Veda*:

I hope, being a Marxist, you didn't, yet, forget the real-story of *Rama*, *Krishna*.

Because *Valmiki* had scripted *Ramayana* (or *Buddha* taught us 'live and let live' etc.), while going to school in Himalayas, that doesn't mean you can claim the 'right' that *Rama-Sita* etc. belong to Nepal—Have you ever heard of an ancient kingdom, *Bharat* (The Land of Knowledge)?

The root of 'culture-civilization' in an ancient kingdom—the Key part left (after the Thieves stole) is, now, known as India (or *Indoos*—per Alexander The Great in 324BC at Indus).

If you agree, let us get Tea? Indian or Nepali Tea (O', not Chinese Tea: unless Xi wants to be a good-Boy).

You & the old-Man Dalai should teach Xi and the rest of the Boys the story of *Rama, Krishna*—if no *Brahma*, no *Vishnu*, no *Siva* (*esvar, atman* or soul), none of us exist on the earth: in fact, sun, stars, planets-moons don't exist, either.

A complete **Black-hole** of **Einstein**…By the way, I must like **Einstein**—really did a 'good-job' to beat our godly ancient-*Aryan*s, like *Valmiki, Buddha*.. & *Veda* , all, in one stroke!

Can you imagine the difficulty in clean-up the acts of 2-rouge Pharisees: **Zoroaster** for planting a 'root' that grow various-religions and cause injury to *Veda*, and **Einstein** for inventing a theory (GR or whatever..) to destroy *Veda*?

The proof of that you can see what the disciples of **Zoroaster** & **Einstein** have been doing, all these years… divide & rule the rest.

Have you ever heard of the News, the Universe of the astronomers (simply idiots) is running away from the earth.. feeding free $ to eat, and brain-wash rest of us.

In other words, "*param-Brahman*" is running away from us, that includes you, Xi etc., the *Brahman*, and we may never, ever be able to get together for a Nepali Tea in Himalayas—what should we do with these perverted *Asura*-gang?

I am sure, you have heard of this (or forgot due to too much Marxism…)—none of us can exist without *Brahma, Vishnu, Siva*—The Power of *Mahesvar*, The Creator of All:

The *Swastika* is The Symbol of The Power of *Mahesvar*—

SharmaJi, do you ever go to Temple (or only worship Marx)?

Please don't get me wrong, Marx, a brown-Jew, was a good-man with roots in *Bharat* and tried to do good—but, the greedy-capitalist gave lot of trouble to Marx.

Now, let me ask you a simple Q: why do an 'idiot' (like me..) walk around a 'Black-Idol' in the Temple, going in circles from 'left to right' (7-times)?

It took me ~14 Yrs. (like **Buddha** spent in Himalayas) to discover the simple reason, why?

That's the path of *Swastika* (you & the rest) follow in life, like sun-star, earth or each and every creature in Cosmos follow—no Q on that:

That's The Law of Nature because, we are here to follow the Law of Nature, not the laws of corrupt-Man:

That's the point Marx missed—we can discuss more at our Tea party with Xi... or should we invite Putin & Trump, too?

There is **Heaven** & Hell—I will show you when we meet, if you like to see a 3D video—all **Suras** go to **Heaven**, and all *Asuras* go to Hell in this birth-death cycles, and the cycles are eternal, nothing is lost.

Like I said, I am nothing...

Again, one more thing Sharmaji—we, ~90% of us, on the earth, belong to "*Bharat*, *Veda*, *Swastika* & *Sanskrit* (that includes Europeans, mid-East, Chinese & the rest).

Before Pharisee divided us, we were the followers of *Veda*-*Swastika*—with division we perish, with unity we live and let live (**Buddha** message).

What do we prefer, Chaos or Peace?

We are all 'One-People', whether you like it or not: Have you ever heard of *Adi Sankara* or *Advita*, no duality?

My own finding confirms *Advita*—that *Mahesvar* and *param-Brahman* is **ONE**:

We, the little-creatures (like the **virus**) or *Brahman*, are a part of *param-Brahman* with *esvar* within us.

That Message is precisely on point which I believe *Valmiki* must have figured that out in Himalayas, on his own (without messing up thoughts with free-will, like Billions of us do..).

Sure, Man has made much progress in Technology, Medicine etc.—but, losing the ground in getting to goal-post by going in the wrong-path.. by fighting 'red-skin v. the rest..' is no good.

The skin-color is due to climate-change.

Thanks,

Maheswar, DE, US

---------------------

07/12/2020

Hi, expert Tully & Friends:

Where is expert Daniel Pomarède?

Looks like he is hiding behind **Vimeo** & **You Tube**:

I hope French Embassy in DC and/or French President Macron can find him in one of those 'Clusters or S. pole wall (China or Trump wall?), or is he on Mars (with guru **Einstein**)?

Unfortunately, expert **Daniel Pomarède** has <u>no</u> idea what is going-on in Cosmos, yet, wants to teach us like *screw*-ball **Einstein**.

I guess, expert **Tully** is dancing with expert **Pomarède** for kicks?

1st please, allow me to describe The Reality of the 'word Atom' (*Anuvu* in **Sanskrit**): it consists of 'Neutron or DNA (*Indra*, **Creator**), 2-Stars, Planets-Moons plus you & the rest (RNA or Genes)—that's all. That RNA, being a Creature of The **Creator**, keep going around DNA, The Mother—in the form of *Swastika*, left to right (recall *Aryan* writes left to right, and **Hitler** tried to find the significance of *Swastika*).

That is The Reality.

2nd here, experts **Pomarède, Tully** & Co. (that includes the entire gang who are set to destroy culture-civilization >10K Yrs. ago), lost the concept of 'what is real and unreal'—hence, use 'free-will' (I might add, like most of our 'leaders or whoever has power over Man-Animals do..') and 'brain-wash' the rest.. to be rich-famous: in this process, we are not going to make progress never, ever, and fail to understanding the Reality—see 'how the free-will' works... I will explain, if asked, what is going on in the Figures, below---

Like South Pole Wall "**a cosmic curtain hidden behind the billions of stars, dust, and dark worlds of the Milky Way Galaxy in the "zone of avoidance" that forms an arc across some 700 million light-years along the southern border of the local cosmos**"---

Here, the "galaxy distances" must be completely wrong (because, none of these experts know 'how to measure distances', even on the ground---so, how can these 'free-willers' measure in space &in **dark**?)

This is a confusing statement mixing some facts with fiction: "**Lurking inside the zone is an enormous 'ghost' galaxy, believed to be one of the oldest in the universe, was detected on the outskirts of the Milky Way in November of 2018 by a team of astronomers who discovered the massive object when trawling through new data from the European Space Agency's Gaia satellite. One of an untold number of galaxies that clump together in what's known as the cosmic web, enormous strands of hydrogen gas in which galaxies are strung like pearls on a necklace that surround gigantic, dark empty voids**"---these experts simply have no-idea what is going on in Reality (until I show a 3D animation & explain).

Here is another statement (per **Thomas Dame**) "**The spectral object, named Antlia 2, avoided detection thanks to its extremely low density as well as a perfect hiding place behind the dusty shroud of the Milky Way's disc with its concentration of bright, ancient stars near the galactic center. Optically, the Zone of Avoidance is like trying to look through a velvet cloth—black as black can be,.. In terms of tracing and understanding the spiral structure, essentially half of the Milky Way is terra incognito**"—OK. that's only one problem, and there is a much 'bigger-problem' that none of you, the famous-experts. have no idea.

And, here goes my old pen-pal Overbye "**The paper is festooned with maps and diagrams of blobby and stringy features of our local universe as well as a video tour of the South Pole Wall: It is the latest installment of an ongoing mission to determine where we are in the universe — to fix our neighborhood among the galaxies and the endless voids — and where we are going**"— dear pen-pal. your experts **Pomarède, Tully** & Co. are lost in space and drifting in the wind, and on the way to.. see **Einstein** for new free-ideas.. Instead, ask them to come & see me—I am easy to get to and speak *Sanskrit*, not Hebrew. Again, dear pen-pal. your experts seem addicted to 'free $' and good to 'brain-wash' rest of us (using you & Media)—see 'how little, if any. these experts know about The Reality: "**The new wall joins a host of other cosmographic features: arrangements of galaxies, or a lack of them, that astronomers have come to know and love over the last few decades, with names like the Great Wall, the Sloan Great Wall, and the Bootes Void. The new paper was based on measurements, performed by Dr. Tully and his colleagues, of the distances of 18,000 galaxies as far away as 600 million light-years. By comparison, the most distant objects we can see — quasars and galaxies that formed shortly after the Big Bang — are about 13 billion light years away**"—that's the point, "**Big Bang**" which never. ever happens: I can show you Proof—I am closer to you. bring your experts.
I rest my case!
Maheswar

# *Cosmicflows-3*: The South Pole Wall

Daniel Pomarède[1], R. Brent Tully[2], Romain Graziani[3], Hélène M. Courtois[4], Yehuda Hoffman[5], and Jérémy Lezmy[4]
Published 2020 July 10 • © 2020.
DOI