IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-647-CFC/SRF |
| | ) | |
| PAYPAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the Magistrate Judge issued a Report and Recommendation (D.I. 9);

WHEREAS, the Magistrate Judge recommended in the Report and Recommendation that the Court grant the United States' motion to substitute party (D.I. 3), grant the United States' motion to dismiss with prejudice (D.I. 4), deny Plaintiff's motion for discovery and oral hearing (D.I. 6), deny Plaintiff's motion for a three-judge district court panel (*Id.*), and grant in part and deny in part Plaintiff's motion to remand. (*Id.*);

WHEREAS, Plaintiff filed an objection to the Report and Recommendation (D.I. 10);

WHEREAS, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted for the reasons stated by the Magistrate Judge in her Recommendation (D.I. 9);

NOW THEREFORE, IT IS HEREBY ORDERED that

1. The Magistrate Judge's Report and Recommendation (D.I. 9) is ADOPTED;

2. Plaintiff's Objections (D.I. 10) are OVERRULED;

3. The United States' motion to substitute party (D.I. 3) is GRANTED;

4. The United States' motion to dismiss with prejudice (D.I. 4) is GRANTED;

5. Plaintiff's motion for discovery and oral hearing (D.I. 6) is DENIED;

6. Plaintiff's motion for a three-judge district court panel (D.I. 6) is DENIED;

7. Plaintiff's motion to remand (D.I. 6) is GRANTED IN PART AND DENIED IN PART;

8. Plaintiff's claims against the Director CfA-CXC Center for Astrophysics/Harvard-Smithsonian are DISMISSED;

9. Plaintiff's claims against the United States of America are DISMISSED;

10. Plaintiffs claims against Pay Pal, Inc.; Shijil TS/Sparksupport Infotech PVT Ltd.; and GoDaddy.com, LLC are REMANDED to the Superior Court of the State of Delaware;

11. The Court of the Clerk is directed to CLOSE the case.

_____
United States District Judge