IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Maheswar Mikkilineni,
    Plaintiff
v.                                CA No. 20-cv-647 CFC
                                  Related CA No. 19-cv-1391CFC

PayPal, Inc.; Shijil TS et.al;
Godaddy.com LLC;
Director CfA-CXC.
    Defendants.

**Plaintiff's Motion to Reconsider Order of 03/03/2021** under FRCP 81(c)(1)(A) & (d)(1)

Dear Clerk
The US Dist. Court
844 N King St., Unit 18
Wilmington, DE 19801-3570

I attach a 'signed original copy of this pleading with a request to file this document at case No. 20-cv-647 CFC'

Thanks,
M.R.Mikkilineni
64 Welsh Tract Rd. #203
Newark, DE 19713

03/09/2021

AK FILED
MAR 11 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE