IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Maheswar Mikkilineni,
    Plaintiff

v.                     CA No. 20-cv-647 CFC
                     Related CA No. 19-cv-1391CFC

PayPal, Inc.; Shijil TS et.al;
Godaddy.com LLC;
Director CfA-CXC.
    Defendants.

**Plaintiff-Reply to 'US Opposition' or not correct-error in Order 03/03/2021**

US agrees an erroneous court order of 03/03/2021 (No. 20-cv-647) can be corrected for 'manifest errors of law or fact..'—I pointed out precisely that in my request to reconsider on 03/09/2021.

My request states "US Dist. Court Orders of 03/03/2021 (No. 20-cv-647), … 02/21/2020… (No. 19-cv-1391) must be 'void' under FRCP 81(c)(1)(A) & (d)(1), since the *new-evidence makes the(se) orders are based on non-existing federal-defendants and/or non-existing amended-pleadings under the state's judicial decisions in this matter."
*Here, new-evidence is the state's judicial decision of 05/21/2020 which came after 02/21/2020 and before 03/03/2021, and that particular state law was disregarded by the US Court.

Here, under the state judicial decision:
(1) The amended-complaint "was a nullity.. (due to the fact the state court) had not ruled which of Mikkilineni's putative amended pleadings, if any, were permitted.. (and) Mikkilineni could not have amended his pleadings in this (state) court on July 29, 2019. Therefore,
(2) The defendant-directors (program-director CXC & director-CfA/CXC) named in the amended-complaints had no-standing, being non-existing federal-defendants.

Despite the state judicial decision and the federal rule (or law) at 81(c)(1)(A) & (d)(1), the US Court usurped power over non-existing amended-complaint to dismiss with prejudice, the non-existing defendant-directors CXC & CfA, without allowing a hearing and/or discovery—this is clearly a manifest error of law and fact.

Respectfully,
Sd- *[signature]*
M.R.Mikkilineni    03/20/2021

Plaintiff          Date 03/20/2021

Certificate of Service:
I, Maheswar Mikkilineni, certify that a true and correct copy of this pleading sent on 03/20/2021 by email to:
dylan.steinberg@usdoj.gov; gfischer@cozen.com; kswift@wglaw.com
Sd-
M.R.Mikkilineni  *M.R.Mikk[signature]*
                          03/20/21

talasila
P.O. Box 300172
Houston, TX 77230-0172

From:
M.R. MIKKILINENI
64 Welsh Tract Rd #203
Newark, DE 19713

To: clerk
US Dist. Court
844 N. King St. Unit 18
Wilmington, DE 19801-3570

U.S.M.S.
X-RAY