IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Maheswar Mikkilineni,
    Plaintiff

v.                              CA No. 20-cv-647 CFC
                            Related CA No. 19-cv-1391CFC

PayPal, Inc.; Shijil TS et.al;
Godaddy.com LLC;
Director CfA-CXC.
        Defendants.

FILED MAR 24 2021 — U.S. DISTRICT COURT, DISTRICT OF DELAWARE

**Plaintiff-Reply to 'US Opposition' or not correct-error in Order 03/03/2021**

Dear Clerk
The US Dist. Court
844 N King St., Unit 18
Wilmington, DE 19801-3570

I attach a 'signed original copy of this pleading with a request to file this document at case No. 20-cv-647 CFC'

Thanks,
M.R.Mikkilineni
64 Welsh Tract Rd. #203
Newark, DE 19713

03/20/21