IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAHESWAR MIKKILINENI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-647-CFC/SRF |
| | ) | |
| PAYPAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Whereas Plaintiff has filed a motion for reconsideration of the Court's March 3, 2021 Order that adopted the Magistrate Judge's Report and Recommendation (D.I. 9);

Whereas Plaintiff has failed to articulate in his motion any reason that warrants reconsideration of the Court's March 3, 2021 Order;

NOW THEREFORE, at Wilmington on this 21st day of June in 2021, Plaintiff's motion for reconsideration (D.I. 16) is DENIED.

_____
United States District Judge